# FORM FOR USE IN APPLICATIONS
## FOR HABEAS CORPUS UNDER 28 U.S.C. † 2254

2005 FEB 27  A 9:15

_ROBERT REX EDWARDS_
Name

_225984_
Prison Number

~~DRAPER CC~~  _LIMESTONE CO CF_
Place of Confinement

United States District Court _MIDDLE_ ——— District of _ALABAMA_

Case No. _2:06cv177-WKW_

(To be supplied by Clerk of U. S. District Court)

_ROBERT REX EDWARDS_

(Full Name)  (Include name under which you were convicted) ———, PETITIONER

_BILLY MITCHELL_
~~JAMES DELOACH~~, _WARDEN III_

(Name of Warden, Superintendent, Jailor, or authorized person ———, RESPONDENT
having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF _ALABAMA_ ;

_BOB RILEY, GOVERNOR OF ALABAMA_ ADDITIONAL RESPONDENTS.

    (if petitioner is attacking a judgement which imposed a sentence to be served in the <u>future</u>, petitioner must fill in the name of the state where the judgment was entered.  If petitioner has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

### INSTRUCTIONS--READ CAREFULLY

1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury.  Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

## SCANNED
_NK 2/27/06_

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8½ x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8½ x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition if fully completed, <u>the original and two copies * must be mailed to the Clerk of the United States District Court whose address is:</u>

P.O. Box 711
Montgomery, Alabama 36101

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

**\*If you are proceeding in forma pauperis, only the original petition needs to be filed with the Court.**

## PETITION

1. Name and location of court which entered the judgment of conviction under attack _CHILTON COUNTY CIRCUIT COURT  CC-01-244_

2. Date of judgment of conviction _28 JUN 02_

3. Length of sentence _10 yr NOT_ Sentencing Judge _SIBLEY REYNOLDS_

4. Nature of offense or offenses for which you were convicted: 13A-12-192(b) 30 COUNTS POSSESSION OF OBSCENE MATERIAL UNDER 17 13A-12-197 PRODUCTION OF OBSCENE MATERIAL under 17 13A-6-66(A)(3) SEXUAL ABUSE 1ST (2 COUNTS)

5. What was your plea?  (check one)
  (a) Not guilty  (✓)
  (b) Guilty    ( )
  (c) Nolo contendere  ( )
  If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____
  _____
  _____

6. Kind of trial:    (Check one)
  (a) Jury  (✓)
  (b) Judge only  ( )

7. Did you testify at the trial? Yes (✓)  No ( )

8. Did you appeal from the judgment of conviction?    Yes (✓)  No ( )

9. If you did appeal, answer the following:    CA-01-2180
  (a) Name of court COURT OF CRIMINAL APPEALS - ALABAMA
  (b) Result AFFIRMED MY PRO-SE STATUS - NOT MY CONVICTION
  (c) Date of result MAY 30, 2003    PLAIN ERROR DOCTRINE
  If you filed a second appeal or filed a petition for certeorari in the Supreme Court, give details: DENIED
  CERT. TO SUPREME COURT - DENIED
  _____

0. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? Yes (✓)  No ( )

. If your answer to 10 was "yes", give the following information:
  (a) (1) Name of court CHILTON COUNTY CIRCUIT COURT CC-01-244.6
     (2) Nature of proceeding RULE 32 POST-CONVICTION
     _____
     (3) Grounds raised DOUBLE JEOPARDY, SUPREMACY LAW, PRECEDENT LAW, ALABAMA CONST AMEND 509, CONSTITUTIONAL LAW, USCA 1ST, 4TH, 5TH, 6TH, 8TH, 13TH, and 14TH. CIVIL RIGHTS, BRADY, and 100's OF others. You need a copy to see what I MEAN. ARAP RULE 15. INCOMPLETE TRANSCRIPTS.
     (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes (✓)  No ( )
     (5) Result 26 AUG 2004    29 COUNTS SET-ASIDE
     (6) Date of result 26 AUG 2004

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the <u>facts</u> supporting each ground.

CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

*There are others in my Rule 32*
*See CR-03-2117  cc-01-2446*

A. Ground one:

Supporting FACTS (tell your story briefly without citing cases or law):
SEARCH WAS MADE BY WITH THE USE OF PRIORS
OF OTHER PERSON THAT WAS NOT ME. ALL WARRANTS
WERE FOR ROBERT SCOTT EDWARDS 212 62 6133 LATER
CHANGED WHILE IN CUSTODY or WAITING TRAIL TO
ROBERT REX EDWARDS 420 86-3715, BUT THEY MESSED UP
and DID NOT COVER UP COMPLETELY.
NEVER GOT PROPERTY RECEIPT FOR ALL STOLEN
FROM MY HOME (CV-01-214) NONE RETURNED TO
ME TO INCLUDE MY BUSINESS NIC-NAC CRAFTS & GIFTS.
ON JUNE 28, 2002 THE COPS BROKE INTO MY CAR
AND STOLE MY BRIEF CASE I TOOK TO COURT, THEY
FORCED THE LOCK. INSIDE WAS BOOKS and
PICTURES FROM STORES and LIBRARIES.
No Reciept given.

B. Ground two: ARREST WARRANTS FAULTY.

Supporting FACTS (tell your story briefly without citing cases or law):
ONCE AGAIN SAME AS GROUND A.

REARRESTED AND HELD FOR 11 DAYS without
seeing a judge or attorney. 30 COUNTS Later
(2½ years) got 29 of the 30 set-aside. JUDGE
HARDESTY SAID SHE WAS NEVER INFORMED BY THE
SHERIFF I WAS IN THE JAIL. A COMMON PRACTICE
OF THE LAW IN CHILTON COUNTY, ALABAMA,
ALL ARRESTS WARRANTS WERE ISSUED AFTER
I WAS ARRESTED NOT PRESENTED AT MY HOME
JUNE 22, 2001

C. Ground three: Statements made while handcuffed
NOT of free will,

Supporting FACTS (tell your story briefly without citing cases or law):
DUE TO THE KNOWN HISTORY OF BEATING
BY LAW ENFORCEMENT - STATEMENT WRITTEN BY
LT JAMES "RAY" EDWARDS NOT THE ACCUSED. LATER
STATEMENT WRITTEN BY ACCUSED NOT MARANDA
USED TO NOTIFY OF RIGHTS. WAS TOLD I COULD GO
HOME IF I WROTE A STATEMENT.

RRE

(b) As to any second petition, application or motion give the same information:

(1) Name of court _CRIMINAL COURT OF APPEALS CR-03-2117_

(2) Nature of proceeding _RULE 32 APPEAL_

(3) Grounds raised _GROUND FROM 11(a)(3)_
_NO RULING BASED ON CONSTITUTIONAL_
_CHALLEGE. INCLUDING ONCE AGAIN FAILURE_
_OF CIRCUIT TO PROVIDE COMPLETE TRANSCRIPT_
_THOUGHOUT MY CASE. OPENING/CLOSING COMMENTS,_
_PRE-TRIAL EXHIBITS AND OTHER NECESSARY ITEMS TO_
_HAVE A FAIR DEFENSE - NON RULED MOTIONS._

(4) Did you receive an evidentiary hearing on your petition, application or motion? Yes (X)  No ( )  _supplemental hearing_

(5) Result _PROCEDURAL ERROR   NOT MERIT OF case_

(6) Date of result _AUG 5-2005_

(c) As to any third petition, application or motion, give the same information:

(1) Name of Court _____

(2) Nature of proceeding _____

(3) Grounds raised _____ of _TIME_
_OUT of_
_____
_____
_____
_____
_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?  Yes ( )   No ( )

(5) Result _____

(6) Date of result _____

(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:

(1) First petition, etc.     Yes (X)   No ( )

(2) Second petition, etc.    Yes ( )   No (X)

(3) Third petition, etc.     Yes ( )   No ( )

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _OUT OF TIME_
_LIMITATION. HOWEVER AN ILLEGAL SENTENCE_
_IS JURISDICTIONAL SO IS A CONSTITUTIONAL_
_CHALLEGE WHICH TOLLS THE TIME. DOES IT_
_NOT. DUE TO PROCEDURAL ERROR NONE OF MY_
_CONSTITUTIONAL MERITS WERE CONSIDERED._
_ALSO PRESENTENCE OBJECTION REPORT OBJECTION_
_WERE NOT CORRECTED IN TRANSCRIPTS CREATING PLAIN_
_ERROR BASED ON ANOTHER'S CRIMINAL HISTORY. USE_
_OF CIVIL PROCEDURE TO CONDEM MY BELONGING EVEN-_
_THROUGH A STATUE IN THAT SECTION § 13-12-198 PROVIDES_
_FOR CRIMINAL FORFITURE. NO APPEAL/JURY ALLOWED._

D. Ground four:

Supporting FACTS (tell your story briefly without citing cases or law):
Even when Judge granted Discovery the P.A would not abide by it. THEY SAID I had no RIGHTS TO WHAT I OWN. NOT EVEN COPIES, I NEVER GOT TO REVIEW THE VIDEOS (CONFRONTATION CLAUSE) or to INTERVIEW ANY WITNESS AGAINST ME TO PROVE FALSE STATEMENTS. HOWEVER, STATE WITNESS WULKE WAS LATER CONVERTED AND ROUND OUT THE DEAL WITH THE P.A. WULKE ALSO HAD PRIOR FELONY NOT DISCLOSED TO THE JURY RITHER NUR THAT A DEAL TO REDUCE HIS SODOMY CHARGES

THOUGH H.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them: ALL were presented that is my RULE 32 APPEAL CASE A CR-03-2117 I have sent OTHER MOTION TO THE CIRCUIT COURT CHILTON COUNTY, BUT NO REPLY. CC-01-244.6 I would present them here, but THAT would not be by the RULES OF COURT.
I have proven my case on Deaf ears.

WHAT HAS CHANGED SINCE 1861 when ALABAMA REFUSED TO ABIDE BY SUPREMACY FEDERAL LAW.

4. Do you have any petition or appeal now pending in any court, wither state or federal, as to the judgment under attack?   Yes ( )  No (X)

5. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
   (a) At preliminary hearing  PRO-SE. DID NOT WHAT IT WAS.

   (b) At arraignment and plea  BOGGS and HAYES PO Box 597 CLANTON, AL 35046-0597

   (c) At trial  PRO-SE  DAVID WARN WOULD NOT SPEAK SO I TOOK OVER. PO Box 118 CLANTON AL 35046-0118

   (d) At sentencing  PRO-SE

   (e) On appeal  DIRECT- ELIZABETH H. HUNTLEY 402 1ST AV 35045-3439

   (f)  RULE 32 PROSE

(f) In any post-conviction proceeding _Yes Rule 32_
_PRO-SE_

(g) On appeal from any adverse ruling in a post-conviction proceeding: _Yes Rule 32_
_PRO-SE_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes (X)   No ( )

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ( )   No (X)

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

(b) And give date and length of sentence to be served in the future: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ( )   No ( )

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _22 DEC 2005_
(date)

_Robert R Edwards_
Signature of Petitioner    _Pro-se_

MAYBE MY LEGAL MATERIAL WILL NOT BE TAKEN BY THE ALDOC OFFICIALS HERE FOR A LITTLE WHILE. I STARTED AN I & I investigation at 2 camps. IT makes Them retalitory to say the Least.

12   E. GROUND-DOUBLE JEOPARDY
PROVEN ON COUNTS 4-33 which made
5-33 set aside illegal arrest on
June 22, 2001 and held for 11 days in jail
without bond, attorney or hearing.
Counts 2-3 are also DOUBLE JEOPARDY
involving more than 1 person at the
same time

F. UNCONSTITUTIONAL PETIT & GRAND JURY
SINCE THE simple words of the statues
were used with no definition then over
1/2 the jurors are guilty of the same
crime if any possession of pictures
or NUDE CHILDREN TAKEN BY THEIR
CAMERAS TO SHOW HOW MUCH THEY HAVE
GROWN. THIS IS A COMMON FACT OF
NATURE OF HUMANS. Proven in books on
child rearing. By the way they have to
be Lewd to be against the law NOT
MERE NUDITY. PROVEN CASE LAW.
I DID NOT TAKE ANY OF THE PICTURES
THEREFORE CODE/1975 § 13-12-197 is false.
ALSO I KNEW a couple of the jurors in
school and they did take pictures
of themselves and their girlfriends under 17.
In FACT IT was a video he made.

HUNTLEY ONLY used MY pro-se against me nothing on the CONSTITUTIONAL GROUNDS I ESTABLISHED IN COURT. SHE ALSO DID TO ME THE SAME THING TO NICHALOS TURNER 854 SO2d 162 (AL CRAP 2003) TURNER was resentenced illegally again on the same indictment on AUG 9, 2004. SINCE REYNOLDS Had REVERSED MY PRO-SE STATUS I was not able to APPEAL CASE # CV-01 -214 and lost over $10,000 IN Software, books, and other thing. ALONG with MY Business NICNAE CRAFTS & GIFTS. Licensed FEBRUARY 2002. A SMC NOVLTY Business by INTERNET and VENDING. NONE of MY CONVICTIONS were challenged by HUNTLEY and my pro-se STATUS was affirmed 2 for and 1 against.

MY CONSTITUTIONAL RIGHTS DEMAND A FAIR HEARING ON MY MERITS. NONE of wHICH were heard. PLAIN ERROR was established at trial 6-28-02 and Sentencing 6-29-05. This is a CONSTITUTIONALITY of the LAWS CHALLEGE ON ITS FACE.

9/19/02
C.A.P.

G. I.A.C. FROM THE START I had trouble with attorneys Boggs had me bring him pictures I found in Libraries and in books of Nude subjects (CHILDREN) and never presented them or gave them back to me. ON DEC. 10, 2001 I was TOLD by HAYES THAT They can not be my ATTORNEY UNLESS I GAVE HER $4000.00. I ONLY HAD $12.00

KARN was appointed and I fired him based on our conversation at his office in 2001. REYNOLDS reappointed him 2 more times. FINALLY on the day of my jury selection Reynolds made him my advisor. He never said a word which continued on court day. Even THE ALABAMA ASSISTANCE GENERAL MADE a NOTE OF KARN'S SILENCE. He also represented a family member of the plaintiff's party - (CONFLICT OF INTEREST) He also knew that DHR had records of prior cases on the plaintiff's that he did disclose to the court.

HUNTLEY was appointed to do my direct appeal but only on CC-01-244 NO ONE did CW-01-214 FRUITS OF CRIME NOT CODE/1975 § 13-12-198 by Law.