UNITED STATES DISTRICT COURT
MIDDLE DISTRICT of ALABAMA

ROBERT REX EDWARDS,
    Petitioner,

V                          case # 06-CV177-WFW

BILLY Mitchem, et, al.,
    respondant.

<u>Motion for TRO and injunction</u>

Now comes the petitioner with good cause and points for a temporary Restraining Order and Injunction.

The petitioner is an indigent prisoner of the state of ALABAMA

The petitioner is a Constitutionist and has assisted fellow prisoner on Constitutional legal matters. These are protected by the 1st and 14th Amendments of the US Constitution. and the ALABAMA Constitution of 1901 ARTICLE I (one). The petitioner has been moved to 6 camps in the past 3 years in retaliation of my rights.

The biggest problem with what I do in Constitutional law is the

fact that you have to let the authority know they are in violation of a protected right. That's when the retaliation occurs.

FOR INSTANCE:

1) Over in Mississippi I recieved 3 Disciplinaries all illegal in retaliation for trying to get Legal case law. The 1st was an order by Warden Jim Cook who by the was a convicted warden of Sexual harassment of 3 employees in the AL Dep't of Corrections. In my case he was the Hearing officer, arresting officer and Approved the punishment. The other two were also ordered by Jim Cook.

2) At Bibb Co CF I filed a grievance against CAP'T TONEY for doing so she locked me in Segregation. I also filed numerous complaints about the physical abuse and prison rapes at BIBB. Can be varified by CP Barfoot of I & I, The ATTORNEY GENERAL'S OFFICE and DIST ATTORNEY MICHEAL Jackson in Selma, ALABAMA. The CAP'T TONEY incident was filed in ND COURT for the US case # CV-05-P-446 W  Edwards v CAMPBELL

2

3) At DRAPER CF an inmate was raped by 2 predator inmates. The victim was a SMI (severe mental ill) Douglas John Howell #242767  I used the Prison Rape Elimination Act of 2003 (S-1435) PL 108-79 to get him help under *Farmer v Brennan* though the District Attorney of Geneva Co. for writing the DA after failing to get the officer to do their job on Dec 26, 2005  I was placed in Seg for testifing and writing the DA. I have the documents. I was transferred to Limestone on Dec 28, 2005.

  I have a "Vow of Honor" and have to protect anyone harmed be them inmates, officers, or the children in my case.

\* 4) I got Lt FRAZIER to pre-approve legal supplies for me. However he kept 4- 3 hole loose leaf binders and will sign them off on MARCH 15, 2006 as distroyed but in reality they will wind up in the hands of other inmates. They lied about not being authorized. Over 100 exist in the camp including one I own a 1½" binder.

  This is retalitory in nature for

3

my protected speech and work on not only for my self but other prisoners.
I have an example of a couple of cases I have worked on class type.

A) The state's courts are denying indigent prisoners their right to equal protection of the laws and due process. This is done by using <u>Exparte Gill</u> 841 So 2d 1231 (AL 2002) But see <u>Ex parte Beavers</u> 779 So 2d 1223 (AL 2000); <u>Ex parte Horth</u> 764 So 2d 1272 (AL 2000); <u>Hoppins v State</u> 451 So 2d 363 (AL CR AP 1961) (quoting <u>Smith v Bennett</u> 365 US 708, 712, 6 LEd 2d 29 (1961))

B) The ALDOC violates your court ruling in <u>PLN v Haley</u> CV-90-D-486-N. All subscriptions have to be off the PMOD and approved prior to ordering. A FRCP 70 should be issued by the court.

C) The facility charges indigent inmates 50¢ per page and if an inmate has no funds it is debted to his PMOD. This violate access to the courts under <u>Dubose v State</u> 662 So 2d 1156 (AL CR AP 1993) and 662 So 2d 1189 (AL CR AP 1996)

Therefore, the petitioner prays to

4

this Honoruble COURT for a TEMPORARY RESTRAINING ORDER (TRO) and Injunction on transferring the petitioner and destruction of the petitioner's property. To be continues in the present and future actions taken by the petitioner for retalitory actions for his protected activities.

Any adverse action should be in accordance to lawful and correct procedures by this court. The petitioner's mail from Bibb Co CF and Draper CC has not been forwarded to him. This injunction should be state wide and by the signature of the commissioner to agree to these actions of protection.

### Certificate of Service

The petitioner is sending this to The US Dist Court on the 3rd day of March, 2006. No funds for a copy to deft. Request noted to WARDEN MITCHEM

Robert R. Edwards
225984 ; 16-44T
28779 Nick Davis Rd
Harvest, AL 35749-7009

(f) In any post-conviction proceeding ___Yes Rule 32___
___PRO-SE___

(g) On appeal from any adverse ruling in a post-conviction proceeding: ___Yes Rule 32___
___PRO-SE___

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes (X)    No ( )

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ( )    No (X)

   (a) If so, give name and location of court which imposed sentence to be served in the future: _____

   (b) And give date and length of sentence to be served in the future: _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ( )    No ( )

   Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

   _____
   Signature of Attorney (if any)

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.  Executed on ___22 DEC 2005___
                                                                                    (date)

   X  Robert R Edwards
      Robert R Edwards
   Signature of Petitioner   PRO-SE

MAYBE MY LEGAL MATERIAL WELL NOT BE TAKEN BY THE ALDOC OFFICIALS HERE FOR A LITTLE WHILE. I STARTED AN I & I investigation at 2 camps. IT makes them retalitory to say the least.