IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT REX EDWARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-177-WKW |
| | ) (WO) |
| BILLY MITCHEM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

This case is before the Court on the plaintiff's Motion for Temporary Restraining Order and Injunction (Doc. # 2), filed March 6, 2006, which the Court construes solely as a motion for temporary restraining order. Federal Rule of Civil Procedure 65 (b) states that a temporary restraining order may be granted only if "it clearly appears from specific facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss, or damage will result to the applicant before the adverse party . . . can be heard in opposition."

Upon consideration of the plaintiff's motion, the Court finds that the plaintiff has not met the Rule 65 requirements necessary for imposition of a temporary restraining order. Accordingly, it is hereby ORDERED that

1. The plaintiff's Motion for Temporary Restraining Order and Injunction (Doc. # 2) is DENIED.

2. This case is referred to the Magistrate Judge for further proceedings.

DONE this the 14th day of March, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE