IN THE UNITED STATES DIST COURT
FOR THE MIDDLE DISTRICT ALABAMA

RECEIVED
2006 MAR 15 A 9:55

ROBERT REX EDWARDS,
    petitioner,
v.                                                   case #: 06 CV 177-WFW
BILLY MITCHEM, et.al vgl
    respondant.

1) CHANGE OF ADDRESS
2) RETALITORY TRANSFER
3) Violations of RIGHTS
4) Prayer for relief

1) Now comes the petitioner to this Honorable Court to inform the court of my new address. Which follows:
    ROBERT REX EDWARDS
    225984; LANE C 19
    PO Box 650
    PINE PRAIRIE, AL 70576

2) Petitioner was transferred in retaliation of his protected rights. Including His Mailing rights. Interference in his publications.

Petitioner was aiding fellow inmates in showing them the illegal sentences and actions under CONSTITUTIONAL Law, CIVIL Rights, and Human Rights. This makes the petitioner's 7th CAMP IN 4 years and his 3RD in 8 months times. Petitioner informed the defendants in this action that they were in violation of inmates rights under constitutional Law. Petitioner has had the Defendant the ATTORNEY GENERAL Notified of violations of Law by actions of the ALDOC and inmates in the ALDOC and their responsibilities under the PRISON RAPE ELIMINATION Act of 2003 (S.1435) PL 108-79 and other Laws. His transfer was to stop him from his activities in teaching prisoners' Rights to his fellow inmates. Petitioner never covered up his activities, because he knew that in order to defeat their immunity he had to show them that they "knew or should have known

2

that they were in violation of a Constitutional right." Petitioner attempted to file a TRO/INJUNCTION but the court did not have enough time to act on it. As results the petitioner's legal materials and some of his law work was distroyed in his transfer to include stealing of his 5 Loose Leaf NOTEBOOKS. 1 at his current camp and 4 by Lt Fraiser at Limestone Co CF.

3) There is no adequate law library here at PINK PRAIRIE. In fact it is a "exact site request law library": a 'mini library' in violation of US Supreme Court and federal decisions.

4) Therefore, the petitioner prays to this Honorable court for an order to the ALDOC to transfer him back to Limestone Co CF. To restore his property and to place a TRO/INJUNCTION against any future retalitory move on their part.

3

The petitioner is working on several of the overcrowding issues plauging ALDOC. The petitioner's research was sent to several state agencies with proof in case law of the facts. The states lowest pay industry is the ALDOC and free labor is why the ALDOC is overcrowded. Laws have been past to NOT help overcrowding, to increase the overcrowding. I am a threat to their way of life. Therefore, a protection order is needed to stop any illegal act by prison personnel.

Postage paid and mailed. Respectfully submitted this the 11th DAY of MARCH, 2006.

Robert Rex Edwards
ROBERT REX EDWARDS
225984 ; LARK C 19
PO Box 650
Pine Prairie, La
70576-0650

4