IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DITRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT REX EDWARDS, #225984,  PETITIONER, | )<br>)<br>)<br>)<br>) |
| VS. | ) CIVIL ACTION NO.<br>) 2:06-cv-177-WKW<br>) |
| BILLY MITCHEM, et al.,  RESPONDENTS. | )<br>)<br>)<br>) |

**REQUEST FOR ADDITIONAL TIME
IN WHICH TO RESPOND**

Come now Respondents in the above-styled cause and request an additional twenty days in which to respond to this Court's Order. I have been involved in other work in the appellate courts, the circuit courts, and the federal district courts; therefore, I have had insufficient time in which to complete the Order.

Wherefore, in consideration of the aforementioned reasons, Respondents pray that this Honorable Court grant their request for twenty additional days in which to respond.

I am this date, mailing a copy of this request for an extension of time to attorney for the Petitioner.

                              Respectfully submitted,

                              s/Jean-Paul M. Chappell (CHA073)
                              Jean-Paul M. Chappell (CHA073)
                              Office of the Attorney General
                              Alabama State House
                              11 South Union
                              Montgomery, AL  36130-0152
                              Telephone:  (334)  242-7300
                              Fax:  (334) 242-2848
                              E-Mail: jchappell@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Robert Rex Edwards, AIS #225984, Pine Prairie Correctional Center, 1133 Hampton Dupre Road, P. O. Box 650, Pine Prairie, LA 70576.

        Respectfully submitted,

        s/Jean-Paul M. Chappell (CHA073)
        Jean-Paul M. Chappell (CHA073)
        Office of the Attorney General
        Alabama State House
        11 South Union
        Montgomery, AL  36130-0152
        Telephone:  (334)  242-7300
        Fax:  (334)  242-2848
        E-Mail: jchappell@ago.state.al.us

111292/92252-001