IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT REX EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-177-WKW |
| ) | (WO) |
| BILLY MITCHEM, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the Court on the plaintiff's Notice of Change of Address (Doc. # 7), filed March 15, 2006. To the extent that this filing may be construed to contain a Motion for Temporary Restraining Order, such motion is due to be denied in accordance with this Court's previous Order (Doc. # 6), entered on March 14, 2006, and under the requirements of Federal Rule of Civil Procedure 65 (b).

Accordingly, it is hereby ORDERED that

1. The plaintiff's Motion for Temporary Restraining Order (Doc. # 7) is DENIED.

2. This case is referred to the Magistrate Judge for further proceedings.

DONE this the 20th day of March, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE