IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT REX EDWARDS, #225984,       )
                                   )
        Petitioner,                )
                                   )
    v.                             ) CIVIL ACTION NO. 2:06-CV-177-WKW
                                   )
BILLY MITCHEM, et al.,             )
                                   )
        Respondents.               )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the respondents

on March 17, 2006 (Court Doc. No. 8), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the respondents be GRANTED an extension from March 27, 2006

to and including April 17, 2006 to file an answer in compliance with the directives of the

order entered on March 7, 2006.

Done this 20th day of March, 2006.


                          /s/ Vanzetta Penn McPherson
                          UNITED STATES MAGISTRATE JUDGE