IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT REX EDWARDS,         )
           )
   Plaintiff,          )
           )
   v.             )     CASE NO. 2:06-CV-177-WKW
           )      (WO)
BILLY MITCHEM, *et al.*,     )
           )
   Defendants.        )

## **ORDER**

This case is before the Court on the plaintiff's Rebuttal to Judge Watkins' Order (Doc. # 11), filed on March 27, 2006, which the Court construes as a motion for reconsideration of its March 20, 2006 Order (Doc. # 9) denying the plaintiff's request for a temporary restraining order.

It is hereby ORDERED that

1. The plaintiff's motion (Doc. # 11) is DENIED.

2. This case is referred to the Magistrate Judge for further proceedings.

DONE this the 6th day of April, 2006.

               /s/   W.  Keith Watkins
             UNITED STATES DISTRICT JUDGE