EXHIBIT "A" IS NOT SCANNED.

IT IS FILED IN CONVENTIONAL

FORMAT AND AVAILABLE FOR

VIEWING IN THE CLERK'S OFFICE.