Chappell

# THE STATE OF ALABAMA— JUDICIAL DEPARTMENT
## THE COURT OF CRIMINAL APPEALS

43603

## CERTIFICATE OF JUDGMENT

**Criminal Appeals Case**   CR-01-2180

R. R. E. v. State of Alabama (Appeal from Chilton Circuit Court: CC01-244).

Whereas, the appeal in the above cause having been duly submitted and considered, it is now hereby certified that on the 30th day of May, 2003, the judgment of the court below was affirmed.

Witness, Lane W. Mann, Clerk,
Court of Criminal Appeals, this
17th day of June, 2003

Clerk
Court of Criminal Appeals
State of Alabama

EXHIBIT E