43603
Chappell

IN THE
COURT OF CRIMINAL APPEALS
FOR THE STATE OF ALABAMA

01-2180

CRIM. APP. NO. 02-1162

---

ROBERT REX EDWARDS,

                              Appellant,

vs.

THE STATE OF ALABAMA,

                              Appellee.

---

### MOTION TO FILE APPELLANT'S APPLICATION FOR RE-HEARING OUT OF TIME

COMES NOW the Appellant, by and through his attorney of record, Elizabeth H. Huntley and files this Motion to File Appellant's Application for Re-Hearing Out of Time and as grounds states the following:

1) That due to the dissent of Judge Baschab, the attorney needs additional time to complete research to defend the position of the Appellant.

WHEREFORE the premises considered, the appellant's attorney, Elizabeth H. Huntley, requests that this Court grant additional time to file the Application and Brief in Support of Re-Hearing in above-referenced appeal out of time.

Respectfully submitted this 19th day of June, 2003.

Elizabeth H. Huntley
Attorney for Appellant
P.O. Box 1545
Clanton, Alabama 35046
(205) 280-6552

EXHIBIT F

## CERTIFICATE OF SERVICE

I certify that I have this date served a copy of the foregoing motion and affidavit upon the Office of Attorney General for the State of Alabama at 11 South Union Street, Montgomery, Alabama 36130, and upon the Office of the District Attorney for Chilton County, Alabama, at P.O. Box 1053, Clanton, AL 35046 by United States mail first class postage prepaid.

Dated this 19th day of June, 2003.

Elizabeth H. Huntley
Counsel for Appellant