**COURT OF CRIMINAL APPEALS**
STATE OF ALABAMA
JUDICIAL BUILDING, 300 DEXTER AVENUE
P.O. BOX 301555
MONTGOMERY, AL 36130-1555

*4/3/003*
*Chappell*

| | | |
|---|---|---|
| *H. W. "Bucky" McMILLAN* | June 24, 2003 | *Lane W. Mann* |
| Presiding Judge | | Clerk |
| *SUE BELL COBB* | | *Wanda K. Ivey* |
| *PAMELA W. BASCHAB* | | Assistant Clerk |
| *GREG SHAW* | | (334) 242-4590 |
| *A. KELLI WISE* | | FAX (334) 242-4689 |
| Judges | | |

<u>NOTICE</u>

CR-01-2180

R. R. E. v. State of Alabama (Appeal from Chilton Circuit Court:
CC01-244).


        You are hereby notified that the following action was taken
in the above cause by the Court of Criminal Appeals:

        Motion to file appellant's application for re-hearing out of
time is Denied.




                                    Lane W. Mann, Clerk
                                    Court of Criminal Appeals

LWM/jg

cc: Honorable Sibley G. Reynolds, Circuit Judge
    Honorable Mike Smith, Circuit Clerk
    Deborah M. "Angel" Sharman, Court Reporter
    Honorable Elizabeth H. Huntley, Attorney, Appellant
    Honorable Jean-Paul M. Chappell, Asst. Atty. Gen., Appellee


**EXHIBIT**

G