# IN THE SUPREME COURT OF ALABAMA

July 10, 2003

**1021680**

Ex parte R.R.E.  PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS  (In re: R.R.E. v. State of Alabama)   (Chilton Circuit Court: CC-01-244; Criminal Appeals : CR-01-2180).

## ORDER

IT IS ORDERED that Petition for Certiorari filed in this cause on July 8, 2003, is stricken for failure to comply with Rule 39(c)(1), Alabama Rules of Appellate Procedure.

I, Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.

Witness my hand this 10th day of July 2003

Robert G. Esdale, Sr.
Clerk, Supreme Court of Alabama

EXHIBIT I

/tr