# THE STATE OF ALABAMA - - JUDICIAL DEPARTMENT
# THE ALABAMA COURT OF CRIMINAL APPEALS

CR-03-2117
Robert Rex Edwards v. State of Alabama  (Appeal from Chilton  Circuit Court: CC01-244.60)

## CERTIFICATE OF JUDGMENT

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Court of Criminal Appeals; and

WHEREAS, the judgment indicated below was entered in this cause on August 5th 2005:

### Affirmed by Memorandum.

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of Appellate Procedure, it is hereby certified that the aforesaid judgment is final.

Witness. Lane W. Mann, Clerk
Court of Criminal Appeals, on this
the 24th day of August, 2005.

Clerk
Court of Criminal Appeals
State of Alabama

cc: Hon. Sibley G. Reynolds, Circuit Judge
Hon. Mike Smith, Circuit Clerk
Robert Rex Edwards, Pro Se
Jean-Paul M. Chappell, Asst. Atty. Gen.


EXHIBIT N