## ALABAMA SJIS CASE DETAIL

**OFFICE**        **PREPARED FOR: JEAN-PAUL CHAPPELL**



County: 14    Case Number: **CV 2001 000214 00**    Court Action: **O**
Style: **STATE OF ALABAMA VS ROBERT REX EDWARDS**

### Case

#### Case Information
| Field | Value |
|---|---|
| County: | 14-CHILTON |
| Case Number: | CV 2001 000214 00 |
| JID: | SGR SIBLEY G. REYNOLDS |
| Trial: | B |
| Style: | STATE OF ALABAMA VS ROBERT REX EDWARDS |
| Filed: | 06/27/2001 |

#### Case Type
| Field | Value |
|---|---|
| Code: | FORF |
| Type: | FRUITS OF CRIME FORF |
| Track | |
| Status: | D |
| Plaintiffs: | 001 |
| Defendants: | 001 |

#### Court Action
| Field | Value |
|---|---|
| DJID: | SGR SIBLEY G. REYNOLDS |
| Court Action: | O OTHER |
| Judgment For: | C Plaintiff |
| Trial days: | 0 |
| Lien: | 0 |

#### Damages
| Field | Value |
|---|---|
| Amount: | $0.00 |
| Compensatory: | $0.00 |
| Punitive: | $0.00 |
| General: | $0.00 |
| None: | |

#### DHR
DHR:    ADC:    UIFSA:
Flag:    Orign:    DNA:
Dissolution:    Custody:    LEGSEP:    MOD:    ANNUL:
PROTORD:    TRO:    SUPPORT:    Paternity:    IWO:
GARN:    Arrearage:    Contempt:    Alimony:

#### Other Actions
Con Date:    Cont #:    Why:
RevJmt:    Admin Date:    Why:
Appeal Date:    Court:    Case:
Mistrial:
TBNV2:    DSDT:    DTYP:

#### Comments
Comment 1:
Comment 2:

### Settings

#### Court Dates
| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | 03/22/2002 | 001 | 09:00 AM | HEAR - MOTION FOR DISC. |
| 2: | | | - | |
| 3: | | | - | |
| 4: | | | - | |

### Party 1 - C 001 - STATE OF ALABAMA

#### Party Information
| | | | | | |
|---|---|---|---|---|---|
| Party: | C 001 | Name: | STATE OF ALABAMA | Type: | I Individual |
| Index: | Y | Alt Name: | | JID: | SGR |

© Alacourt.com    4/13/2006        1


EXHIBIT O

| | | | |
|---|---|---|---|
| SSN: | DOB: | Sex: | Race: |
| Address 1: | | Address 2: | |
| Phone: 205 | | City: | Country: US |

### Attorneys

| | | | |
|---|---|---|---|
| Attorney 1: HAY020 | Name: HAYDEN WALTER C III | City: CLANTON | State: AL |
| Attorney 2: SIB002 | Name: SIBLEY S SHAWN | City: PRATTVILLE | State: AL |
| Attorney 3: | Name: | City: | State: |
| Attorney 4: | Name: | City: | State: |
| Attorney 5: | Name: | City: | State: |
| Attorney 6: | Name: | City: | State: |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | Type: | Reissue: | | Type: | |
| Return: | Type: | Return: | | Type: | |
| Service: | Type: | Service On: | | By: | |
| Answer: | Type: | NS not: | | NA not: | |
| Warrant: | Type: | Arrest: | | | |

### Court Action

| | | | |
|---|---|---|---|
| CACT: O OTHER | Date: 07/29/2002 | For: C Plaintiff | Exempt: |
| Amount: $0.00 | Cost: $0.00 | Other: $0.00 | Satisfied: |
| Comment: | | | |

## Party 2 - D 001 - EDWARDS ROBERT REX

### Party Information

| | | | |
|---|---|---|---|
| Party: D 001 | Name: EDWARDS ROBERT REX | | Type: I Individual |
| Index: Y | Alt Name: | | JID: SGR |
| SSN: | DOB: | Sex: | Race: |
| Address 1: P.O. BOX 806 | | Address 2: | |
| Phone: 205 | | City: CLANTON | Country: US |

### Attorneys

| | | | |
|---|---|---|---|
| Attorney 1: HAY020 | Name: HAYDEN WALTER C III | City: CLANTON | State: AL |
| Attorney 2: SIB002 | Name: SIBLEY S SHAWN | City: PRATTVILLE | State: AL |
| Attorney 3: | Name: | City: | State: |
| Attorney 4: | Name: | City: | State: |
| Attorney 5: | Name: | City: | State: |
| Attorney 6: | Name: | City: | State: |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: 06/27/2001 | Type: S Sheriff | Reissue: | | Type: | |
| Return: | Type: | Return: | | Type: | |
| Service: 06/30/2001 | Type: S Served | Service On: | | By: | |
| Answer: 07/27/2001 | Type: O Other personally | NS not: | | NA not: | |
| Warrant: | Type: | Arrest: | | | |

### Court Action

| | | | |
|---|---|---|---|
| CACT: O OTHER | Date: 07/29/2002 | For: C Plaintiff | Exempt: |
| Amount: $0.00 | Cost: $0.00 | Other: $0.00 | Satisfied: |
| Comment: | | | |

## Case Action Summary

| Date: | Time: | Code: | Comments | Operator |
|---|---|---|---|---|

| Date | Time | Code | Description | |
|---|---|---|---|---|
| 06/27/2001 | 6:25:26 | TEXT | MOTION TO ALLOW FILING WITHOUT PREPD FILING FEE | FEB |
| 06/27/2001 | 6:25:27 | TEXT | PETITION FOR CONDEMNATION AND FORFEITURE OF | FEB |
| 06/27/2001 | 6:25:28 | TEXT | COMPUTER AND VIDEO EQUIPMENT. | FEB |
| 07/02/2001 | 6:21:29 | FILE | FILED THIS DATE: 06/27/2001           (AV01) | FEB |
| 07/02/2001 | 6:21:30 | ASSJ | ASSIGNED TO JUDGE: SIBLEY G. REYNOLDS     (AV01) | FEB |
| 07/02/2001 | 6:21:31 | TDMN | BENCH/NON-JURY TRIAL REQUESTED         (AV01) | FEB |
| 07/02/2001 | 6:21:32 | STAT | CASE ASSIGNED STATUS OF: ACTIVE         (AV01) | FEB |
| 07/02/2001 | 6:21:33 | ORIG | ORIGIN: INITIAL FILING             (AV01) | FEB |
| 07/02/2001 | 6:22:02 | PART | STATE OF ALABAMA ADDED AS C001         (AV02) | FEB |
| 07/02/2001 | 6:22:03 | ATTY | LISTED AS ATTORNEY FOR C001: SIBLEY S SHAWN (AV02) | FEB |
| 07/02/2001 | 6:22:04 | ATTY | LISTED AS ATTORNEY FOR C001: HAYDEN WALTER C III | FEB |
| 07/02/2001 | 6:23:29 | PART | EDWARDS ROBERT REX ADDED AS D001         (AV02) | FEB |
| 07/02/2001 | 6:23:30 | SUMM | SHERIFF ISSUED: 06/27/2001 TO D001       (AV02) | FEB |
| 07/09/2001 | 9:56:27 | SERC | SERVICE OF SERVED PERSON ON 06/30/2001 FOR D001 | FEB |
| 08/01/2001 | 2:27:17 | D001 | ADDR1 CHANGED FROM: 10116 COLLINS CHAPEL RD (AV02) | FEB |
| 08/01/2001 | 2:27:18 | D001 | ADDR CITY CHANGED FROM: THORSBY         (AV02) | FEB |
| 08/01/2001 | 2:27:19 | ATTY | LISTED AS ATTORNEY FOR D001: PRO SE     (AV02) | FEB |
| 08/01/2001 | 2:27:20 | ANSW | ANSWER OF OTHER ON 07/27/2001 FOR D001     (AV02) | FEB |
| 08/05/2001 | 2:59:18 | DAT1 | SET FOR: TRIAL - BENCH ON 10/22/2001 AT 0900A | FEB |
| 08/05/2001 | 3:02:15 | TEXT | COPY CAS TO PLTFF AND TO DEFT. (PRO SE) | FEB |
| 10/11/2001 | 10:50:40 | TEXT | ANSWER FILED BY DEFT. | FEB |
| 10/12/2001 | 10:50:17 | ATTY | LISTED AS ATTORNEY FOR D001: BOGGS WILLIAM P(AV02) | FEB |
| 01/11/2002 | 4:03:58 | TEXT | ORDER ON MOTION GRANTED FOR ATTYS BOGGS AND HAYES | FEB |
| 01/11/2002 | 4:03:59 | TEXT | TO WITHDRAW. COPY TO PARTIES. | FEB |
| 02/22/2002 | 5:20:28 | TEXT | MOTION FOR COPIES OATH OF AFFIRMATION BY DEFT. | FEB |
| 02/22/2002 | 5:21:48 | TEXT | MOTION FOR SUBPOENA OF CRIMINAL HISTORY REPORT | FEB |
| 02/22/2002 | 5:21:49 | TEXT | BY DEFT. | FEB |
| 02/22/2002 | 5:21:50 | TEXT | MOTION FOR DISCOVERY OF DEPT. OF HUMAN RESOURCES | FEB |
| 02/22/2002 | 5:21:51 | TEXT | RECORDS BY DEFT. | FEB |
| 02/28/2002 | 12:47:18 | DAT1 | SET FOR: MOTION FOR DISC. ON 03/22/2002 AT 0900A | FEB |
| 02/28/2002 | 12:47:37 | TEXT | COPY CAS TO PARTIES. | FEB |
| 03/22/2002 | 9:04:17 | D001 | ADDR1 CHANGED FROM: 134 NO COURT ST     (AV02) | LIS |
| 03/22/2002 | 9:04:18 | D001 | ADDR CITY CHANGED FROM: PRATTVILLE       (AV02) | LIS |
| 03/22/2002 | 3:06:37 | TEXT | COPY CAS TO PARTIES AND DHR (SEE CAS FOR ORDERS) | FEB |
| 04/01/2002 | 8:34:42 | D001 | ADDR1 CHANGED FROM: 10116 COLLINS CHAPEL RD (AV02) | FEB |
| 04/01/2002 | 8:34:43 | D001 | ADDR CITY CHANGED FROM: THORSBY         (AV02) | FEB |
| 04/01/2002 | 8:34:44 | D001 | ADDR2 CHANGED FROM: LOT #16         (AV02) | FEB |
| 04/01/2002 | 10:52:51 | TEXT | MOTION FOR TRANSCRIPTS BY DEFT | FEB |
| 04/01/2002 | 10:52:52 | TEXT | MOTION FOR REMOVAL OF JUDGE SIBLEY REYNOLDS BY | FEB |
| 04/01/2002 | 10:58:17 | TEXT | DEFT. | FEB |
| 04/01/2002 | 10:58:18 | TEXT | VIOLATION US CODE TITLE 18 PART 11 CHAPTER 206 | FEB |
| 04/01/2002 | 10:58:19 | TEXT | SECTION 3006A BY DEFT. | FEB |
| 04/19/2002 | 4:18:00 | TEXT | NOTE FOR RECORD OF ACTION MADE BY DEFT. | FEB |
| 04/19/2002 | 4:18:01 | TEXT | MOTIONS TO WITHDRAW DAVID KARN AS LEGAL ADVISOR | FEB |
| 04/19/2002 | 4:18:02 | TEXT | BY DEFT. | FEB |
| 05/20/2002 | 5:11:37 | TEXT | MOTION FOR EXCULPATORY DISCOVERY BY DEFT. | FEB |
| 05/22/2002 | 9:13:49 | TEXT | ORDER ON MOTION DENIED. COPY TO PARTIES. | FEB |
| 08/02/2002 | 4:14:33 | TEXT | MOTION FOR APPEAL AND CHANGE OF VENUE BY ROBERT | FEB |
| 08/02/2002 | 4:14:34 | TEXT | REX EDWARDS | FEB |
| 08/07/2002 | 4:12:48 | STAT | CASE ASSIGNED STATUS OF: DISPOSED       (AV01) | FEB |
| 08/07/2002 | 4:12:49 | DISP | DISPOSED ON: 07/29/2002 BY (OTHER)       (AV01) | FEB |
| 08/07/2002 | 4:12:50 | CACJ | COURT ACTION JUDGE: SIBLEY G. REYNOLDS     (AV01) | FEB |
| 08/07/2002 | 4:12:51 | PDIS | C001 DISPOSED BY (OTHER) ON 07/29/2002     (AV01) | FEB |

| 08/07/2002 | 4:12:52 | PDIS | D001 DISPOSED BY (OTHER) ON 07/29/2002    (AV01) | FEB |
| 09/19/2003 | 8:19:41 | TEXT | NOTICE OF ACTION (COPY) BY ROBERT REX EDWARDS. | FEB |

**END OF THE REPORT**