IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT REX EDWARDS, #225984, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-177-WKW |
| | ) |
| BILLY MITCHEM, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the petitioner on May 5, 2006 (Court Doc. No. 15), which the court construes to contain a motion for copies of all cited cases, and for good cause, it is

ORDERED that this motion be and is hereby DENIED. The petitioner is advised that (i) the court will determine the law applicable to the claims and defenses raised in this case; (ii) it is not necessary that he cite any case law in his response to the order entered on April 24, 2006 (Court Doc. No. 14); and (iii) he should merely set forth those facts relevant to his failure to properly raise his habeas claims in the state courts.

Done this 8th day of May, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE