IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT REX EDWARDS,
#225984
    PLAINTIFF,

v.   Civil Action No.
    2:06 CV 177-WFW

BILLY MITCHEM, et.al.,
    Defendant,

### Motion to reconsider-Preliminary Injunction due to circumstances

Now comes, the plaintiff to this Honorable Court to NOTIFY THEM of my "irreparable injury" suffered while in custody.

Plaintiff was put in SEGREGATION WITHOUT AN ABILITY TO SEND MAIL and also denied his law material. This action was Retalitory for reporting the condition of confinement of all inmates here at PINE PRAIRIE CC. 42 USC§1997d.

Plaintiff notified MAJOR RILEY of his violations by LCS policies of PRISONERS' RIGHTS under 42 USC§ 1997, 12601 et.seq, 12131, et.seq and about 40 other case laws.

Plaintiff did this after a memo with a threat to inmates who used the law Library on their protected rights. Plaintiff has never been in the law Library.

ON MAY 3rd, 2006 at 9:30 AM Plaintiff was placed in Segregation (SWAMP).

ON MAY 4th, 2006 Plaintiff got a CHARGE in a disciplainary of ALDOC AR 403 RULE 41. Plaintiff never got a copy of it. Plaintiff sent Request and greivances every day demanding his legal material and stationary.

When plaintiff went anywheres he was handcuffed, waist shackled and leg shackled. ALL inmates except IN'S and MEDICAL are treated this way prior to being found guilty.

No one has any law materials in their cells. AND those in SEG ARE NOT ALLOWED THEIR 1st CONST AMEND RIGHT TO Mail Going out even to the court.

ON MAY 15th, 2006 at 1:15 PM My case was dismissed due to due process violations. I could have Listed 8, but only one was needed. At appox 8 pm I was released.

Due to the stress of not being able to do any of my legal work or sleep because I couldn't quit thinking of my case and the retalitory actions of MAJOR RILEY, not to mention I wrote request to the WARDEN DREW BERGERON with no results. I sent two (2) request to see WARDEN BULLARD from ALDOC. I do not know if he got them.

TODAY is May 18th, 2006 and after sleeping I have started back on my case for which was extended to MAY 30th 2006. I hope I complete it by then. I have a lot to write.

A letter to Commissioner Allen of how they treat ALABAMA inmates is going out at the same as this to this Honorable Court and AAG CHAPPELL. UNITED STATES v GEORGIA, 156 SCT 877 (2006)

Justices STEVENS AND GINSBURG in the concurring opinion apply to this camp.

I have tried to warn this facility of their violations since MARCH 9th, 2006. We get empty promises and lies.

The violations in the SWAMP (segregation UNIT) can not be tolerated. Their due process violations will not be tolerated.

They still promise things, but I do not trust them.

ONLY an injunction will show them that must comply with the laws. Their policies violate prisoners' rights that we had under ALDOC Rules and Regulations. We are not citizens of Louisiana and not protected here by ALABAMA LAWS.

A 42 USC § 1983 cost to much and take to long to get results. Then of course their is also the 42 USC § 1997. I have notified the ATTORNEY GENERAL of ALABAMA and the USDOJ in WASHINGTON, DC.

MAILED MAY 19th, 2006

Copy to AAG CHAPPELL

Robert R Edwards
ROBERT REX EDWARDS
225984; BAYOU B3
PO BOX 650
PINE PRAIRIE, LA
70576-0650

3

## CERTIFICATE OF SERVICE

I, ROBERT REX EDWARDS, plaintiff in this cause certify that he served a copy of this pleading to Assistant ATTORNEY GENERAL JEAN-PAUL CHAPPEL on May 19th 2006 by prepaid mail and by placing said pleading in the institutional Mail-box.

I, Robert Rex Edwards, plaintiff in this cause certify that he is preserving the original pleading of this cause to the US DISTRICT COURT-MIDDLE DIST. OF ALABAMA. on this the 31st DAY OF MAY, 2006.

Since the plaintiff is denied access to an adequate law library the plaintiff has no copy of the FEDERAL RULES OF CIVIL PROCEDURES dated March, 7, 2006.

31 MAY, 2006
PRe-paid mail

Robert R Edwards
ROBERT REX EDWARDS
225984, BAYOU B3
PO BOX 650
PINE PRAIRIE, LA
70576-0650

4