IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT REX EDWARDS, #225984, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-177-WKW |
| | ) |
| BILLY MITCHEM, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for reconsideration filed by the petitioner on June 2, 2006 (Court Doc. No. 18), in which the petitioner seeks reconsideration of his motion for preliminary injunction, and for good cause, it is

ORDERED that the motion for reconsideration be and is hereby DENIED.

Done this 5th day of June, 2006.


/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE