IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT REX EDWARDS, #225984, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-177-WKW |
| | ) |
| BILLY MITCHEM, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

On June 2, 2006, the petitioner, Robert Rex Edwards ["Edwards"], filed a response which the court construes to allege that any default arising from the failure to raise his claims on direct appeal resulted from ineffective assistance of appellate counsel. He also argues that his lack of access to an adequate law library throughout his incarceration constitutes cause for his procedural defaults. In light of the foregoing, the court construes Edwards' June 2, 2006 rebuttal (Court Doc. No. 19) to contain a motion to amend. Upon consideration of the motion to amend, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before June 22, 2006 the respondents shall file a supplemental answer which addresses the claims of ineffective assistance of appellate counsel and access to courts presented by Edwards in his amendment to the petition as contained in his rebuttal to the answer. The respondents are advised that in filing their answer they should make specific reference to the provisions of Rule 5, *Rules Governing Section 2254 Cases in the United States District Courts*.

Done this 5th day of June, 2006.

                                        /s/ Vanzetta Penn McPherson
                                        UNITED STATES MAGISTRATE JUDGE