IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT REX EDWARDS, #225984, | ) ) ) |
| PETITIONER, | ) ) ) |
| VS. | ) CIVIL ACTION NO. ) 2:06-CV-177-WKW ) |
| BILLY MITCHEM, et al., | ) ) |
| RESPONDENTS. | ) |

**REQUEST FOR ADDITIONAL TIME
IN WHICH TO FILE SUPPLEMENTAL ANSWER**

Come now Respondents in the above-styled cause and request an additional seven days in which to respond to this Court's Order. I have been involved in other work in the appellate courts, the circuit courts, and the federal district courts; therefore, I have had insufficient time in which to complete the Order.

Wherefore, in consideration of the aforementioned reasons, Respondents pray that this Honorable Court grant their request for seven additional days in which to respond.

I am this date, mailing a copy of this request for an extension of time to attorney for the Petitioner.

                              Respectfully submitted,

                              s/Jean-Paul M. Chappell (CHA073)
                              Jean-Paul M. Chappell (CHA073)
                              Office of the Attorney General
                              Alabama State House
                              11 South Union
                              Montgomery, AL 36130-0152
                              Telephone: (334) 242-7300
                              Fax: (334) 242-2848
                              E-Mail: jchappell@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Robert Rex Edwards, AIS #225984, Pine Prairie Correctional Facility, P.O. Box 650, Pine Prairie, LA 70576</u>.

    Respectfully submitted,

    s/Jean-Paul M. Chappell (CHA073)
    Jean-Paul M. Chappell (CHA073)
    Office of the Attorney General
    Alabama State House
    11 South Union
    Montgomery, AL 36130-0152
    Telephone: (334) 242-7300
    Fax: (334) 242-2848
    E-Mail: jchappell@ago.state.al.us

147647/92252-001