Chappell 71090

IN THE COURT OF CRIMINAL APPEALS
FOR THE STATE OF ALABAMA.

ROBERT REX EDWARDS,
    APPEALANT,
V.                      CASE # CR-03-2117
STATE OF ALABAMA,   FOR CC-01-244.6
    APPEALEE.        CHILTON COUNTY

REQUEST TO GRANT 7 DAY EXTENSION
TO FILE REBUTTAL BRIEF TO
THE RESPONDANT - ATTORNEY GENERAL

NOW COMES, EDWARDS the appellant with this request for a 7 day extension. Edwards recieved the brief on May 3, 2005. The Law Library has been closed or the dorm where Edwards resides has been on Lock-down.
   Edwards needs this 7 day extension in order to file a responce to their brief.
   Respectfully submitted this the 7TH DAY OF MAY, 2005.

                                Robert R. Edwards

EXHIBIT P

CERTIFICATE OF SERVICE

I certify that I have placed this document in the institutional mail-box this the 8TH DAY OF MAY, 2005.

Robert Redmond
225984; D2-27B
565 BIBB LANE
BRENT, AL 35034-4040

COPY TO:
CRIMINAL COURT OF APPEALS
CIRCUIT COURT CHILTON COUNTY
ATTORNEY GENERAL'S OFFICE via HAND-MAIL CCA
MY FILE

Robert Redmond