# COURT OF CRIMINAL APPEALS
# STATE OF ALABAMA

Lane W. Mann
  Clerk
Sonja McKnight
  Assistant Clerk



P. O. Box 301555
Montgomery, AL 36130-1555
(334) 242-4590
Fax (334) 242-4689

May 11, 2005

**CR-03-2117**

Robert Rex Edwards v. State of Alabama  (Appeal from Chilton Circuit Court: CC01-244.60)

## Notice of Extension or Enlargement of Briefing Time

You are hereby notified that the following action was taken in the above cause:

Additional time is granted to file the appellant's reply brief to and including 05/18/2005.

                                      **Lane W. Mann, Clerk**
                                      **Court of Criminal Appeals**

cc: Robert Rex Edwards, Pro Se
    Jean-Paul M. Chappell, Asst. Atty. Gen.



EXHIBIT Q