IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT REX EDWARDS, #225984, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-177-WKW |
| | ) |
| BILLY MITCHEM, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to clarify filed by the petitioner on July 17, 2006 (Court Doc. No. 26), which the court construes as a motion for leave to amend as in such document the petitioner seeks to assert a *Brady* claim with respect to exhibits deemed pornographic by the trial judge, and for good cause, it is

ORDERED that the motion for leave to amend be and is hereby GRANTED.[1]  It is further

ORDERED that on or before August 2, 2006 the respondents shall file a supplemental answer which addresses the *Brady* claim presented by Edwards in his amendment to the petition. The respondents are advised that in filing their answer they should make specific reference to the provisions of Rule 5, *Rules Governing Section 2254 Cases in the United States District Courts*.

Done this 19th day of July, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE

---

[1] *Brady v. Maryland*, 373 U.S. 83 (1963).