IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT REX EDWARDS, #225984, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-177-WKW |
| | ) | |
| BILLY MITCHEM, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER ON MOTION**

Upon review of the request for enhancement of time filed by the petitioner on July 29, 2006 (Court Doc. No. 29), which the court construes as a motion for extension of time, and as no response is due from the petitioner at this time, it is

ORDERED that the motion for extension of time be and is hereby DENIED.

Done this 1st day of August, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE