IN the UNITED STATES DISTRICT COURT
FOR the MIDDLE DISTRICT OF ALABAMA
                NORTHERN DIVISION

ROBERT REX EDWARDS,
           petitioner,                CIVIL ACTION
v                                     2:06 CV 177 WKW
BILLY MITCHEM, et.al.,
           Respondant.

         Answer to Assistant ATTORNEY
         GENERAL'S ANSWER.

The petitioner, to this HONORABLE Court wish to say he is sorry he could answer the court as ordered on the 17 DAY OF JULY, 2006,
    The petitioner contends that the Assistant ATTORNEY GENERAL (AAG) is incorrect on several issues. These issues shows the AAG's attempt to win a case at all cost despite the "miscarriage of justice". For instance the AAG contends the petitioner had standby counsel and appealant

counsel to assist him on his civil case CV-01-214. However, the AAG is mistaken on both counts the appealant counsel only visited the petitioner for 15 minutes in August 2002 and was only assigned to case CC-01-244. What makes the AAG think if she would assist me on the other case. She would not assist him on the case she was assigned to. She never used anything he told her. Even the county jail he knew what he said in court on what the US Supreme Court ruled. And the standby counsel was as silent as he was in court, Looking at the appeal motion he did not want anyone from that judical district as an attorney. Case CV-01-244 was suppose to attach to case CC-01-244 under Code/1975 §13A-12-198. Part of Code/1975 § 13A-12-190 et, seq.

    Let's flip positions. The petitioner gets all resources the AAG, DA, and other had against him. And the AAG gets put in segregation or property

stolen or even a Law Library with no books. Now Let the petitioner quote new cases the one EX POST FACTO LAWS or he does not have. Let's see how he faiks and Let's do this for 5 years. When will the courts serve justice? Answer not as long as it one one sided. Then of course Lets raise court docket fees, store prices to 300% and make you pay for copies, notary and steal your CARBON PAPER. Now do you see why the petitioner is involved in protecting prisoners' rights. It took MICHEAL R. PURDUE 28 years to prove his case. I do not want to take my 10 years to win, but the petitioner will not give up. He just hopes he can afford to keep on fighting and not be a slave for a crooked state.

Even the AAG has forgotten the laws and rules of precedent laws or even the opinions of the courts in the past. See <u>Purdue v STATE</u>, 571 So 2d 320 (ALCR AP 1989) the Supreme Court did not overruled the US SUPREME court directives in <u>Evitts v Lueey</u>, 469 US

387, 105 SCT 830, 83 LEd 2d 821 (1983) Annot., 15 ALR 4th 582 (1982) or Like in <u>Kirby v Singelman, et. al.</u>, 195 F 3d 1285 (11 CIR 1999). The petitioner is working on as the AAG knows by now <u>Ex Post Factos</u> and how they disadvantage a prisoner and has created the overcrowded prisons. The opposite is also true however Ex FACTOS are obsolete or Unconstitutional Laws still used by the State. Most of CODE/1975 §13A-12-190 et. seq. has been overruled in the US Supreme court not by the statue itself by similar liked statues in other states. Since the court desided not on the merits of the case them where is the justice? The state plays a dirty game and does not even follow it's own laws, rules, regulations, or even attempt too. "We'll let the appeals court review it for errors, that's what they are for." August 9, 2004 Chilton Court Court CC-01-244.6 <u>Edwards v State</u>. But then again where is all the record to review. Pieces of a puzzle still missing.

4

The AAG also knows the petitioner tried to solve his IAC and Law Library claims both at the ALABAMA STATE BAR and on several mooted §1983. Mooted by moving the petitioner 9 times in 4 years. Even your Honor will recognize one. Eventhough he did not win it, It did cause changes at the jail.

ALABAMA STATE BAR CASES
CSP #03-17(A) DAVID BRYAN KARN
CSP #04-1121(A) ELIZABETH H. HUNTLEY

§1983 cases
EDWARDS v CHILTON COUNTY JAIL, et.al.
CV-03-T-558-N (MD AL)
EDWARDS v CAMPBELL, et.al.,
CV-03-AR-2596-S (ND AL)
EDWARDS v CAMPBELL, et.al.,
CV-05-P-0443-W (NDAL)

Since the court knows or suppose to know by US SUPREME COURT RULING the state has an option either take the petitioner claim as true or supeona or download the files and prove to the court he did not try to solve his IAC and Law Library problems.

5

The petitioner even filed claims on statutory/CONSTITUTION issues per CODE/1975 § 6-6-227 to the ATTORNEY GENERAL. He then filed § 1997s to both the ATTORNEY GENERAL and the US ATTORNEY GENERAL after waiting 120 days with no response. And still got ignored. The USAG was sent on the 10th DAY of JULY, 2006. He has also applied them to case # CV-2005-2556 in MONTGOMERY county for another inmate. The secret he kept is no longer. He even wrote an article for a newspaper and the paper wants an interview before they "spill the BEANS."

The petitioner does not want to give up on the justice system. Even though they no longer serve justice. Shall is a mandatory term but what happen to, "JUSTICE SHALL BE SERVED AND THE INNOCENT SHALL NOT SUFFER AND THE STATE SHALL NOT ONLY TRY TO WIN A CASE?"

The petitioner will not give being an activist either. FOR THE NEEDS OF MANY

6

DOES OUTWEIGHT THE NEEDS OF ONE.

The ALDOC and their private prison agents over the years has stolen more Law work from prisoners to stop their rights to Litigate and change the system than the Law says it does not allow, but Look at the truth. The Law enforcers in the courts and Legislature have distroyed our forefathers dream and have in fact created the TYRANNY now at hand. What happen to "UNITED WE STAND, DIVIDED WE FALL?" The petitioner knows that because he teaches CIVICS to his fellow inmates he soon we be transferred and once again he will loose not only his Legal work he carries, but also what good he has done here. The head of the ALDOC cannot keep its body from doing as they please unless someone tells the truth to them.

If the petitioner had the BRADY material for his December. 10th, 2001 SUPPRESSION Hearing or $4000 for his retained attorney then he knows he would have never been here. BUT at Least he tried to talk in

7

court despite the efforts of his counsel to have be quiet or the judge asking, "What is wrong?" Ms Hayes would not ask Chief Ed PRADY the question he wanted the chief to answer. GET that transcript and recording, listen to it, Then ask yourself this. Why did the Court Not push on when he asked PRADY "Where was Steven Kidd when you came to my house two weeks ago?" The petitioner had alleged PRADY had been harassing Steven for months. Look at the statements by the boys and ask, "At that age do boys talk that way? The statements were kept by the state until APRIL 20th 2006, from the petitioner. Coaching to fill out a report is coercion, is it not?

   When the petitioner was in state court the state courts has forgotten shall is a mandatory word and that precedents and merits of a case out weigh liberal procedural rules. The petitioner is not an attorney, but yet burned by an attorney rule on procedural error. The

8

merits of the case were never considered by the Judges because of the 'TABOO' of the case. For instance the petitioner fired his appointed counsel at court 3 times only to have Judge Reynolds reappoint him or ignore the motion.

The petitioner knew he had a right to a counsel of his choice, even appointed but did not even know the Powell v ALABAMA, 287 US 45, 77 LED 158, 53 Sct ___ (1932) case at that time.

Yes, the DA was out to win a case look at how many resources they used at least 4 Assisted DAs and clerks at his trial. See US v PADILLA-Martinez, 762 F2d 942 (11 CIR 1985).

If this court studies the use of laws then why has it allowed repeated violations by the interior court to continue to go on. For instance CODE/1975 §13A-8-4. Theft of Property 2nd degree did not exist on property from January 1, 2003 to April 4, 2006. But over 3000 convictions occured. CODE/1975 §15-3-8 Double Jeopardy has a 30 year showing

9

of common crimes. When asked, "Why no recall on cases like a defective consumer product set liability to a maker of the product does?" Answer was, "Must be handled on a case by case basis." Why are the courts afraid to admit they are human and make big mistakes? Where is justice in not fixing errors in law? The meaning of one word and the use of that word turns lawful acts into unlawful acts. That cricial word should be in the statues not just the definition statue that the courts never use. For instance: 'Lewd' changes lawful 'mere nudity' to unlawful 'sexual nudity.' The difference of a Constitutional right of expression (USCA CONST AMEND 1,14) as compare to a criminal act of pornography. The US Supreme Court decision prior to the petitioner's case prove that the age of person <u>shall not</u> be estamated, but that occured in his case. Look at the petitioner's Rule 32 he quoted many, many such case references even used in ALABAMA.

10

Let's look at an ALABAMA case that the 11 Circuit did in 1989. <u>Kirby v Singelman, et, al.</u>, 195 F3d 1285, 1290 (11 CIR-1999)(quoting <u>Babbitt v UNITED FARM WORKERS UNION</u>, 442 US 289, 298, 99 SCT 2301, 60 Led 2d 895 (1979)... "When the [plaintiff] has ~~engaged~~ alleged as intention to engage in a course of conduct arguably affected with a Constitutional interest, but proscribed by a statue, and there exists a credible threat of prosecution thereunder, he should not be required to await and undergo a criminal prosecution as the sole means of seeking relief.")

Why does the petitioner have to fight to get discovery of all transcripts. He should not have too. As for the "Law of the Land" has constantly stated that Indigent [defendants] are entitled to <u>all</u> transcripts without cost or delay in order for them to have an effective defense or appeal. This cat and mouse game is uncalled for, but answer this "Who has something to cover-up? Full disclosure as the courts know is a man-

11

Case
Note:
(GRISBY v BLODGETT, 130 F 3d 365 (9 CIR 1997))

date to ensure justice shall be served.

ALABAMA struck an even lower blow to our Constitutions by enacting old dead laws that are unconstitutional and creating new unconstitutional laws against indigent (poor) defendants and petitioners to their courts. A prisoner who get no money to use for court cost as "earned assets" has to use gifts and monies not theirs, but their friends and family. Look at the odds played on the battlefield against those who are "actually innocent" of crimes they are convicted of. Each month at least 4 who proved their innocence in the U.S. are released. But look at this one was 14 when he went in and 43 when he was freed another was 17 and 45 when released. The latter was Micheal R. Purdue from ALABAMA.

By law when the courts are asked a question and the state does not answer it, then the question and statement must be and shall be construed to be true and actuate. Does it not?

12

The state claims procedural error on a prosse litigate to cover up the truth. CASE LAW History has proven this as a fact and in fact has pronouced that a Habeas petitioner shall win. The petitioner wants to win on facts and merits of what he has argued on. He does not want to win by these plain and harmful errors of Law. Just as the petitioner tried to protect his fellow inmates from harm that were in Segregation without their 1st Amendment safeguard to the courts. Just as the kids in his neighborhood and the attitude of the neighbors to not help the suffering of those children at the hands of their parents desires of incest.

Wulthe was promised to have charges dropped in his case if he testified. But then the state changed its mind after my trial. Look at the DHR files on the families history. Way before he met them.

Now Let's look at the procedural

13

errors. The petitioner's appellant counsel did not know how to proceed to the ALABAMA SUPREME COURT in JULY 2003. So how does the AAG believes that the petitioner who is not an attorney and had no access to the Law Library could have proceeded to the ALABAMA SUPREME COURT? The petitioner calls a motion one thing and the courts 'construe it to be' something all the way different. I asked for Judical clarity it became Leave and to Amend. In the past 4 years the petitioner has had $1000s of books taken from him by law enforcement official claiming 'CONTRABAND.' How can Law books be Contraband? Answer when he uses them to correct problems in prison. Is it not a crime to steal money and stamps from mail not addressed to you? According to
* LCS policy it is CONTRABAND. They profit by theft of prisoners' property. Does the courts care? NO! they don't.
14

MEMO by WARDEN VEATER

Kirby, supra @ 1290 states "With any procedural due process challenge, We [the court] must first determine whether the injury claimed by the [plaintiff] is within the scope of the Due process CLAUSE Bass v Perrin, 170 F3d 1312, 1318 (11 CIR 1999).

Soon the petitioner fellow inmates and himself are going to put a challenge using this on Ex POST FACTO Laws used in CLASSIFICATION and PAROLE BOARD Decisions. AND our exile and banishment to this unconstitutionally ran private for profit prison outside the jurisdiction, venue, and safeguards of our home state. Contract Law is Ex POST FACTO LAW is it not? Found in the same article of the Constitution.

The petitioner, suggest the court look over KIRBY and see what is going to be used in the very near future. Think of it 30,000 plus rightful and lawful filings in courts.

The petitioner is sorry he is so late with this filing, but his notes were

15

Contraband and taken by officials of this for profit prison. Contraband for mentioning violation of law by LCS and PINE PRAIRIE OFFICIALS. Contraband for telling the truth. The petitioner notes showed were he attempted to get his records and transcripts of his case. ALL records and transcripts. How else would he know about ALABAMA RULES OF JUDICIAL ADMINISTRATION RULE 29(d). And the laws on transcripts it contains. <u>Ex parte Gill</u>, 841 So 2d 1231 (AL 2002) as used is UNCONSTITUTIONAL to deny indigent prisoners their right to sue for their liberty. Over 30 COURT memos on Code 1975 § 36-12-40 taken from him on his stay in the "SWAMP." And the fact that the GRAND JURORS were guilty to have "mere nude" pictures of their children § 13A-12-192 so then § 12-16-207, ARCrP Rule 12.4 comes into play. Or does it? Innocent photos made criminal by an outdated law.

The HARDGRAVES were actually

16

unconstitutionally searched and the pictures seized in violation of the laws." When an expected privacy attached to an item not in plain view then a search and/or seizure warrant has to be obtained specifing that item to be searched." (USCA const Amend 4, 14) Even hard drive data can not be obtain by the F.B.I without a proper warrant as the above points outs. Just as in the Van Cleek and Villard's cases my harddrives were passworded on several places and the cops had a box of index cards with internet passwords on each card. The extracted data used in my case falls under that umbella of protection; but more importantly they were deleted dead files that were deleted prior to the night in question TOTAL DUE PROCESS by the STATE was violated and still being denied. (USCA const Amend 14)

Question for the Court. Why did chief Ed PRADY not tell the court

US v Bender,

that STEVEN KIDD and his family continued to come down to the petitioner's Home? THE DAY BEFORE MY TRIAL JUNE 23, 2002 The KIDD FAMILY MET My BROTHER ROGER. ROGER Said, "I know you all, we were Neighbors for 2 years." STEVEN was 5 years old then and use to STAY more at my brother's then his home.

He stayed there to eat, watch TV and play with my nephew NICK. DHR use to visit Roger about the KIDD FAMILY's problems of abuse.

Why did not the court do an investigation? Simple fact IT is "TABOO" to talk about incest in that town knowingly happening there.

Respectfully submitted the 31ST DAY of JULY, 2006. But due to having send it to my sister to copy. Will be filed on date of arrival to COURT.

Robert R Edison
pro-se
225984; BAYOU B3
PO Box 650
PINE PRAIRIE, LA
70576-0650

18

Certificate of Service

SORRY FOR THE DELAY IN FILING. Do to circumstances beyond the petitioner's control this Answer will be 3rd PARTY delivered to each Respondant and will therefore, be dated on the date of arrival to the court.

*Robert R. Ahern* (signature)

cc:

US DISTRICT COURT
MIDDLE DISTRICT
ALABAMA
PO BOX 711
MONTGOMERY AL
36101-0711

ATTORNEY GENERAL
STATE OF ALABAMA
11 SO UNION ST
STE 310
MONTGOMERY, AL
36130-0152

(file)

MARY AHERN
petitioner's sister
1100 BETTY LANE
CLEARWATER, FL
33756-4209

19