IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

RECEIVED
2007 AUG -7 A 9:54

Robert Rex Edwards,
225484    petitioner,
v.                                        CIVIL ACTION #
Billy Mitchell, et.al.,                   2:06cv177
        Respondant

## Motion for Change of Address

Now comes, the petitioner to this Honorable Court with this Change of Address Motion.

The petitioner has also found out that none of his motions or pleadings since January 2006 to his state Court of CHILTON COUNTY CIRCUIT COURT has been filed by the Court.

The petitioner sent a motion to his court and has obtained a Court date of 10-5-07 for that motion. The outcome of the hearing will also affect this court's case.

Hopefully, by the court date the petitioner will have proof of all his pleadings being sent to the court and present them in open court. His court dates have always been closed to the public in violation of laws

under the ALABAMA and US Constitutions

This Honorable Court and the ATTORNEY GENERAL'S OFFICE has allowed this to continue despite the petitioner's pleadings to change this.

The petitioner will present exhibits that show that a Recusal Motion was filed but no action was taken, thus violating Canons Judical Ethics. The Brady material that the petitioner obtained on April 20th, 2006 proves that the DA's OFFICE violated BRADY in order to win a case. The state has violated not only the "Law of the Land" SUPREMACY Clause, but also RULE 15, A.R.A.P., Code of ALA. /1975 § 12-3-16 and many others.

The State violated the Sunshine Law when they stole my microcassettes at trial and at my arrest. The testimony of the neighbor killed in a car accident 2 weeks before my trial. Proof that the Boys were sexual assaulted by their families (INCEST). The audio statement of Stephen Kidd on how he got the BLOODY NOSE and handprints on his shoulders. What his dad forced him to do to his brothers by his parents and

2

other facts.

The fact that the State used the wrong statute to seize my belonging on case CV-01-214 and not on CR-01-244 by AL CODE/1975 § 13A-12-198.

The Supremacy Clause on not being able to estimate the age of a person in a photograph not personally known by the viewer. Youthful Looking adults.

NOT A OPEN TRIAL But A CLOSED TRIAL. Violations of the Confrontational Clause. Violations of Procedural Laws/Merits. Violation of Rule 32.9, A.R.Crim.P. Violation of <u>Booper v Pate</u>, (US) Violation of the AFFIRMATIVE RIGHTS to Access to the Courts while held in County Jail. Appeal of CV-01-214.

The US Supreme Court Recently ruled on Precedural default vs merits of the case concerning the PLRA. Since I am in this Honorable Court those cases applies to when the ATTORNEY GENERAL and the Criminal Court of Appeals applied the precedural error bar to my pleadings.

Rule 32.9, A.R.Crim.P. quoting <u>Ex Parte</u>

3

<u>TURNER</u>, 840 So.2d 132, 134-35 (AL 2002) apply as "failure to respond to the allegation in [the] petition ... compels this court to consider the averments of facts in [the] petition as true."

The petitioner respectfully closes with this change of address on this the 3rd day of August, 2007.

pro se

Robert R. Edwards
225984; ALPHA 3-32
Rt 2 Box 176, HWY 80
Uniontown, AL
36786-9334

<u>Certificate of Service</u>

I, hereby certify that this motion was put in the mail-box postage paid on this the 3rd day of August 2007, with a copy to the ATTORNEY GENERAL of the State of ALABAMA.

Robert Edwards

4



MONTGOMERY AL 361
06 AUG 2007 PM 3 T

United States District Court
Middle District of ALABAMA
Po Box 711
Montgomery, AL 36101-0711

36101+0711

Robert Rex Edwards
225484; ALPHA 3-32
Rt 2 Box 176, Hwy 80
Uniontown, AL 36786-9334

Case #
2:06 CV 177

Legal Mail