

ALABAMA STATE BAR
**THE DISCIPLINARY COMMISSION**
TELEPHONE 334-269-1515
P.O. BOX 671
MONTGOMERY, AL 36101

FAX: 334/261-6311

DELIVERY ADDRESS:
415 DEXTER AVENUE
MONTGOMERY, AL 36104

October 7, 2004

Mr. Robert Rex Edwards
A.I.S.#225984
565 Bibb Lane
Brent, AL  35034-4040

Re:    CSP No. 04-1121(A)
       Complaint against Elizabeth Humphrey Huntley

Dear Mr. Edwards:

We are in receipt of the complaint that you filed against the above-referenced attorney.  A review of your complaint does not indicate that the attorney violated one or more of the *Alabama Rules of Professional Conduct*.  The Disciplinary Commission and the Office of General Counsel only have the authority to discipline an attorney if a violation of the *Alabama Rules of Professional Conduct* occurs.

Therefore, we will take no further action in this matter.

Sincerely,

Carol M. Wright
Carol M. Wright
Investigator/Paralegal
For the Office of General Counsel

CMW/sl

cc:    Ms. Elizabeth Humphrey Huntley

*She violated
Rule 1.3 ARPC
Rule 1.16(d) ARPC*

RULE 30. ALABAMA RULES OF DISCIPLINARY PROCEDURE OF THE ALABAMA STATE BAR, ADOPTED BY THE SUPREME COURT OF ALABAMA, PROVIDES THAT ALL DISCIPLINARY PROCEEDINGS SHALL REMAIN CONFIDENTIAL UNTIL A PLEA OF GUILTY OR THE DISCIPLINARY BOARD OR DISCIPLINARY COMMISSION MAKES A FINDING OF GUILTY.



ALABAMA STATE BAR
**THE DISCIPLINARY COMMISSION**
TELEPHONE 334-269-1515
P.O. BOX 671
MONTGOMERY, AL 36101

FAX: 334/261-6311

DELIVERY ADDRESS:
415 DEXTER AVENUE
MONTGOMERY, AL 36104

May 12, 2006


Mr. Robert Rex Edwards
#225984 Bayoo B3
P. O. Box 650
Pine Prairie, LA  70575-0650

Re:    CSP No. 04-1121(A)
        Complaint against Elizabeth Humphrey Huntley

Dear Mr. Edwards:


We are in receipt of your latest request for reconsideration in the above-referenced matter.  The information you provided, your initial complaint and the attorney's response were reviewed thoroughly and independently by two attorneys in the Office of General Counsel.

 While we can understand that you feel this is not a satisfactory resolution of your complaint, not every complaint constitutes a rule violation or has sufficient prosecutive merit.  Your complaint was processed and investigated according to our procedures.  In view of the fact that procedures were properly followed and a final determination made, there is nothing further we can do.  Any other information received from you regarding this matter will be placed with your original complaints.  However, no response from us will be forthcoming.


OFFICE OF GENERAL COUNSEL
ALABAMA STATE BAR


cc:    Mrs. Elizabeth Humphrey Huntley


RULE 30. ALABAMA RULES OF DISCIPLINARY PROCEDURE OF THE ALABAMA STATE BAR, ADOPTED BY THE SUPREME COURT OF ALABAMA, PROVIDES THAT ALL DISCIPLINARY PROCEEDINGS SHALL REMAIN CONFIDENTIAL UNTIL A PLEA OF GUILTY OR THE DISCIPLINARY BOARD OR DISCIPLINARY COMMISSION MAKES A FINDING OF GUILTY.

ACRO369  A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E:

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2001 000244.00
JUDGE ID: SGR

STATE OF ALABAMA                    VS    EDWARDS ROBERT REX

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 2-22-02 | Motion for Discovery filed by Deft. |
| 2-26-02 | Motion fa discovery granted, in-so-far as the records are in the possession of the District Attorney, used in the investigation of the alleged criminal act or will be exculpatory (SR) |
| 2-26-02 | Copy of CAS sent to Deft & DA |
| 4-1-02 | Plea Day closed. Court to Appoint Attorney to represent the Defendant but to allow Defendant right to represent himself. Case set for trial 8:30 on June 24, 2002. Hon David Karn is Appointed to assist in his defense (SR) |
| 4-1-02 | Motion for Transcripts filed by Deft. |
| 4-1-02 | Motion for Removal of Judge Sibley Reynolds filed by Deft. |
| 4-8-02 | Motion fa removal set for 9:00 am on 5-8-02 (SR) |
| 4-17-02 | Docket Date Notice send to Deft. |
| 4-19-02 | Motion to Withdraw David Karn as Legal Advisor filed by Deft. |
| 4-19-02 | Note for Record of Action Made filed by Deft. |
| 5-8-02 | Set fa trial 6-24-02 (SR) |
| 5-20-02 | Motion for Exculpatory Discovery filed by Deft. |
| 5-21-02 | Motion fa all exculpatory evidence to be Made available is granted. All exculpatory evidence to be exchanged (SR) |
| 5-21-02 | Copy of CAS sent to DA & Deft. |
| 6-24-02 | Case called, Defendant present without counsel, Hon David Karn present fa defendant, jury voir dire held, jury selected, seated and bound. Case to be tried on Friday @ 9:00 Am. Hon Kyle Massengale and Lisa Malvin present for state. |
| 6-28-02 | Case called, Defendant present pro se, Hon David Karn is present in as advisory role only, jury present, testimony taken, upon hearing the testimony, the jury retires and after full and impartial consideration the jury returns the following verdict, which is found to be in proper form as follows, " Guilt Verdict, We the jury find the Defendant, Robert Rex Edwards guilty of the section of Obscene Material as charged in the Indictment, Johnny Cunningham              Count 2   Guilt Verdict, We the jury find |

ACR0369  A L A B A M A    J U D I C I A L    I N F O R M A T I O N    C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2001 - 244
JUDGE ID: SGR

STATE OF ALABAMA                          vs    Robert Rex Edwards

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 10-29-02 | Record of Appeal sent to CCA, AG, & Atta Hunt |
| 12-02-02 | Amended Conviction Report sent to DOC |
| 8-20-03 | Notice of Action filed. |
| 8-20-03 | Notice filed by CCA on 6-30-03. |
| 8-20-03 | Memorandum filed by CCA on 5-30-03 |
| 8-27-04 | Amended Conviction Report sent to DOC — Defen |
| 11-16-05 | Motion under ARCRP Rule 26.12 (c) filed by Def |
| 11-29-05 | Motion to modify sentence denied ⊗ |
| 12-19-05 | Copy of CAS sent to Defendant. |
| 6-28-07 | Review of "Notice to the Court", Court sets a review of pleading as filed for 9:00 AM on 10-5-07. Clerk to arrange for defendant to Appear ⊗ |

# Elizabeth Humphrey Huntley

## ⚖ Attorney at Law ⚖

July 28, 2003

Mr. Robert Rex Edwards AIS# 225984
Dorm G 2C 234
1000 St. Clair Rd.
Springfield, AL 35146-5582

**RE: CR-01-2180**

Dear Mr. Edwards:

I received your letter of July 18, 2003. I understand that you have many concerns regarding your case, however, please keep in mind that the only issues that can be addressed on appeal are those issues in the transcript and record of the case.

I addressed every possible issue in the record on your appeal.

Sincerely,

Elizabeth H. Huntley
Attorney at Law

EHH;sp

*she did not read the transcript.*
*she did not perfect and defense on appeal.*
*she did not Listen to what I wrote her,*
*Rule 1.3 A.R.P.C.*
*why did she not get the copy of the 4-1-02*
*and 5-8-02 Recusals and use them as instructed*
*to do.*

402 1st Avenue   Clanton, Alabama 35045   205-280-6552 Office   205-280-6713 Fax

IN THE
COURT OF CRIMINAL APPEALS
FOR THE STATE OF ALABAMA

CRIM. APP. NO. 01-2180

ROBERT REX EDWARDS

Appellant,

vs.

THE STATE OF ALABAMA,

Appellee.

## MOTION TO FILE APPELLANT'S BRIEF OUT OF TIME

COMES NOW the Appellant, by and through his attorney of record, Elizabeth H. Huntley and files this Motion to File Appellant's Brief Out of Time and as grounds states the following:

1)      That the record was incomplete in that the transcript from April 1, 2002 was not provided in the record.

2)      That said transcript forms an essential basis for the appellant's brief.

WHEREFORE the premises considered, the appellant's attorney, Elizabeth H. Huntley, requests that this Court accepts the appellant's motion in above-referenced appeal and allow the completion of the transcript order.

Respectfully submitted this 2nd day of December, 2002.

*Court Clerk record no hearing that day.*

Elizabeth H. Huntley
Attorney for Appellant
P.O. Box 1545
Clanton, Alabama 35046
(205) 280-6552



IN THE
COURT OF CRIMINAL APPEALS
FOR THE STATE OF ALABAMA

CRIM. APP. NO. 01-2180

ROBERT REX EDWARDS

Appellant,

vs.

THE STATE OF ALABAMA,

Appellee.

## SUPPLEMENT TO MOTION TO FILE APPELLANT'S BRIEF OUT OF TIME

COMES NOW the Appellant, by and through his attorney of record, Elizabeth H. Huntley and files this Motion to File Appellant's Brief Out of Time and as grounds states the following:

1) That the record was incomplete in that the transcript from May 8, 2002 was not provided in the record.
2) That said transcript forms an essential basis for the appellant's brief.
3) That appellant will file brief on December 24, 2002 based on current record.

WHEREFORE the premises considered, the appellant's attorney, Elizabeth H. Huntley, requests that this Court accepts the appellant's motion in above-referenced appeal and allow the completion of the transcript order.

Respectfully submitted this 24th day of December, 2002.

Elizabeth H. Huntley
Attorney for Appellant
P.O. Box 1545
Clanton, Alabama  35046
(205) 280-6552

"Motion to Recusal"
Hearing date.
Motion denied by
Judge in Question
ACJE violation

43603
Chappell

# IN THE
## COURT OF CRIMINAL APPEALS
## FOR THE STATE OF ALABAMA

CRIM. APP. NO. 02-1162    01-2180

ROBERT REX EDWARDS,

**Appellant,**

vs.

### THE STATE OF ALABAMA,

**Appellee.**

Rec'd 4/20/06
Motion to Chilton County
Rule Court 6-4-06
9 pages
39C Violation
Reversal

Evans v Lacey
63 L.Ed 2d 820
(1986)
is Automatic

## MOTION TO FILE APPELLANT'S APPLICATION FOR RE-HEARING OUT OF TIME

COMES NOW the Appellant, by and through his attorney of record, Elizabeth H. Huntley and files this Motion to File Appellant's Application for Re-Hearing Out of Time and as grounds states the following:    *Dissent by Judge Cobb.*

1) That due to the dissent of Judge Baschab, the attorney needs additional time to complete research to defend the position of the Appellant.

WHEREFORE the premises considered, the appellant's attorney, Elizabeth H. Huntley, requests that this Court grant additional time to file the Application and Brief in Support of Re-Hearing in above-referenced appeal out of time.

Respectfully submitted this 19th day of June, 2003.

Elizabeth H. Huntley
Attorney for Appellant
P.O. Box 1545
Clanton, Alabama  35046
(205) 280-6552

**COURT OF CRIMINAL APPEALS**
STATE OF ALABAMA
JUDICIAL BUILDING, 300 DEXTER AVENUE
P.O. BOX 301555
MONTGOMERY, AL 36130-1555

*H. W. "Bucky" McMILLAN*                June 24, 2003                *Lane W. Mann*
Presiding Judge                                                            Clerk
*SUE BELL COBB*                                                     *Wanda K. Ivey*
*PAMELA W. BASCHAB*                                          Assistant Clerk
*GREG SHAW*                                                        (334) 242-4590
*A. KELLI WISE*                                               FAX (334) 242-4689
Judges

<u>NOTICE</u>

CR-01-2180

R. R. E. v. State of Alabama (Appeal from Chilton Circuit Court:
CC01-244).


    You are hereby notified that the following action was taken
in the above cause by the Court of Criminal Appeals:

    Motion to file appellant's application for re-hearing out of
time is Denied.


                                    Lane W. Mann, Clerk
                                    Court of Criminal Appeals

LWM/jg

cc: Honorable Sibley G. Reynolds, Circuit Judge
    Honorable Mike Smith, Circuit Clerk
    Deborah M. "Angel" Sharman, Court Reporter
    Honorable Elizabeth H. Huntley, Attorney, Appellant
    Honorable Jean-Paul M. Chappell, Asst. Atty. Gen., Appellee



# IN THE SUPREME COURT OF ALABAMA

July 10, 2003

**1021680**

Ex parte R.R.E.  PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS  (In re: R.R.E. v. State of Alabama)   (Chilton Circuit Court: CC-01-244; Criminal Appeals : CR-01-2180).

## ORDER

IT IS ORDERED that Petition for Certiorari filed in this cause on July 8, 2003, is stricken for failure to comply with Rule 39(c)(1), Alabama Rules of Appellate Procedure.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.

Witness my hand this 10th day of _____July_____ 2003

Clerk, Supreme Court of Alabama

Rec'd 4/20/06

/tr

# Elizabeth Humphrey Huntley

⚖ **Attorney at Law** ⚖

August 5, 2003

Mr. Robert Rex Edwards AIS# 225984
Dorm G 2C 234
1000 St. Clair Rd.
Springfield, AL 35146-5582

**RE: CR-01-2180**

Dear Mr. Edwards:

I received your letter of July 31, 2003. The transcript you received was complete with the exception of the exhibits. Per instructions from the Court, those items are still considered pornographic and are not to be forwarded.

Your file with my office is now closed.

Sincerely,

*[signature]*

Elizabeth H. Huntley
Attorney at Law

EHH;sp

*Originally missing 241 to 332*

*En case Report 21 pages (only 2 of 44 H-D!) 4/20/06 got exhibits where the inventory list. How can computer data be pornographic? Printed words and figures. Then of course when was the courts of ALABAMA been fair. Lee v Kemna and Ashcroft v Free Speech Out of 149 pages over 30 still missing.*

402 lst Avenue  Clanton, Alabama 35045   205-280-6552 Office   205-280-6713 Fax

*$10,000.00 in Commercial software and No inventory BACKGROUND CHECK and EARV ???? software Privacy!*

IN THE CRIMINAL COURT OF APPEALS
STATE OF ALABAMA

ROBERT REX EDWARDS,　　　　　　)
　　　　PETITIONER,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　)　　CASE # CC 2001000244
　　　　　　　　　　　　　　　　　　)　　　　　CR 2001  2180
STATE OF ALABAMA,　　　　　　　　)
　　　　RESPONDANT.　　　　　　　　)

## NOTICE OF ACTIONS

NOW COMES, ROBERT REX EDWARDS, petitioner filing this notice of actions

on this court based on the errors in my COURT OF CRIMINAL APPEALS brief.

Information supplied th the court has not been verified or use therefore,

the petitioner is now notifing this court of pending lawsuit based on

5 USC 552a  PRIVACY ACT.  The four qualifications as plaintiff/petitioner

/complainant are:

    1) that the agency failed to maintain accurate records;

    2) that it did so intentionally or willfully;

    3) that the events consequently led to the decision;

    4) that an adverse ... determination was made respecting the plaintiff.

On or about SEPTEMBER 5, 2003 this action will produce a court action.

By law all that is required is a 10 day notice of actions. I prefer to

be fairer than that. Copy of this sent to my appeal attorney for not

correcting the errors in time for the court to take notice.

                    RESPECTFULLY SUBMITTED,
                    **ROBERT REX EDWARDS**
    AIS 225984; DORM G20 234, 1000 ST CLAIR ROAD, SPRINGVILLE,  AL 35146-5582

*Robert R Edwards*

*8-11-03*

IN RESPONCE TO: AUGUST 5, 2003
CR 01-2180

ROBERT REX EDWARDS
AIS 225984; DORM G2C 234
1000 ST CLAIR ROAD
SPRINGVILLE,  AL 35146-5582
AUGUST 11, 2003

*Copy to Ethics Commission*
*Copy to Alabama State Bar*
*Huntley CSP NO. 04-1121(A)*
*KARN CSP NO. 03-17(A)*

ELIZABETH H. HUNTLEY,
ATTORNEY AT LAW
402 1st AVENUE
CLANTON,  AL.  35045

DEAR MRS. HUNTLEY,

This is to inform under Alabama Rules of Professional Conduct RULE 1.16(d) "Upon termination of representation, a lawyer shall take steps to the extent reasonably practicable to protect clients interests, ... surrendering papers and property to which the client is entitled. See BRITT v. NORTH CAROLINA, (1971) 30 L Ed 2d 400.

I futher release you from the obligation of attorney / client privlege in order to have you under ARPC rule 3.7 "LAWYER AS WITNESS" to the facts presented in my case by your letters and statements of the case.

Re: letter dated from you JULY 28, 2003 as stated: "... please keep in mind that the only issues that can be addressed on appeal are those issues in the transcript and record of the case."

My pro se status was the only defense you used, all the letters I sent you on different facts of the case you did not address.

ENCLOSED IS THE RESEACH I HAVE DONE ON THE LAWS I WAS ACCUSED OF BREAKING! BASED ON THESE FACTS THE NUDISTS EXHIBITS ARE NOT PORNO-GRAPHIC. THE FACTS PRESENTED HERE WAS ADDRESSED IN COURT IN SEVERAL OF THE DAYS AT COURT PRIOR TO AND THE DAY OF THE TRIAL. See USSC-2.

THEREFORE, I place notice to you that this is the same reason my appeal motion stated that I did not want someone from this DISTRICT.

WHY DID YOU NOT RESEARCH ANY OF THE STATEMENT MADE IN THE TRANS SCRIPT?

*8/12/03*

THIS COVER SHEET AND  *18*  PAGES ENCLOSED.

*Robert R Edwards*    ROBERT REX EDWARDS, PRO SE.

# TABLE OF AUTHORITIES

PAGE(S)

ARREST - SEARCH OF PREMISES, 108 L Ed 2d 987 (1990)
  2, USSC-1, USSC-2 . . . . . . . . 2, 12, 13

ASHCOFT v. ACLU, 152 L Ed 2d 771 (2002)
  USSC-2 . . . . . . . . 13

ASHCOFT v. FREE SPEECH COALITION, 152 L Ed 2d 403 (2002)
  EVI-2, EVI-4 . . . . . . . . 7, 9

BELL v. UNITED STATES, 99 L Ed 905 (1954)
  USSC-4 . . . . . . . . 15

BERGER v. UNITED STATES, 79 L Ed 1314 (1935)
  DIS-1 . . . . . . . . 3

BRADY v. MARYLAND, 10 L Ed 2d 215 (1963)
  DIS-1 . . . . . . . . 3

BRITT v. NORTH CAROLINA, 30 L Ed 2d 400 (1971)
  Cover, USSC-1 . . . . . . . . Cover, 12

BROOKS v. STATE, 622 So 2d 447 (ALA CRIM APP 1993)
  SEN-1 . . . . . . . . 11

CURE v. STATE, 600 So 2d 415 (ALA CRIM APP 1992)
  DIS-3 . . . . . . . . 5

D.H. v. H.H., 830 So 2d 16 and 38 (ALA CIV APP 2001)
  EVI-3 . . . . . . . . 8

DOE v. CHAMBERLIN, 139 F Supp 2d 637 (2001)
  2, USSC-1, USSC-2 . . . . . . . . 2, 12, 13

DORTCH v. STATE, 654 So 2d 105 (ALA CRIM APP 1995)
  SEN-1 . . . . . . . . 11

DOST   in US v. VILLARD, 385 F 2d 117, 122 (1989)
  USSC-3 . . . . . . . . 14

EX PARTE H.H., 830 SO 2d 21 (ALA 2002)
  EVI-3 . . . . . . . . 8

EX PARTE MYERS, 675 So 2d 549 (ALA CRIM APP 1996)
  DIS-3 . . . . . . . . 5

EX PARTE JAMES, 813 So 2d 841 (ALA 2001)
  IND-1 . . . . . . . . 10

FALOONA v. HUSTLER MAGAZINE, INC., 607 F Supp 1341 (ND TEX 1985)
  USSC-3 . . . . . . . . 14

KING v. STATE, 707 So 2d 652, 657, 662 (ALA CRIM APP 1997)
  DIS-3 . . . . . . . . 5

KREMEN v. UNITED STATES, 1 E Ed 2d 876 (1957)
  USSC-1 . . . . . . . . 12

MARYLAND v. BUIE, 108 L Ed 2d 276 (1990)
  USSC-1 . . . . . . . . 12

MILLER v. CALIFORNIA, 37 L Ed 2d 419 (1973)
  EVI-2 . . . . . . . . 7

PEOPLE v. ALEXANDER, 2003WL21197102 (ILL 2003)
  EVI-3 . . . . . . . . 8

i

SIMS v. STATE, 625 So 2d 1392 (ALA CRIM APP 1993)
    SEN-1                           11

STATE DEP'T OF HUMAN RESOURCES v. FUNK, 651 So 2d 12 (ALA 1994)
    DIS-3                           5

UNITED STATES v. MEYER, 602 F Supp 1480 (1985)
    USSC-4                           15

UNITED STATES v. LEFKOWITZ, 76 L Ed 887 (1932)
    USSC-1                           12

U.S. v. VILLARD, 700 F Supp 803 (D. NJ 1988)
    USSC-2, USSC-3                   13, 14

VON CLEEF v. NEW JERSEY, 23 L ED 2d 728 (1969)
    USSC-1, USSC-2                   12, 13

WARDIUS v. OREGON, 37 L Ed 2d 82 (1971)
    USSC-1                           12

---

CODE OF ALABAMA / 1975 §

| | SECT PAGE(S) | PAGE(S) |
|---|---|---|
| 12-16-60 | IND-1 | 10 |
| 12-16-200 | IND-1 | 10 |
| 12-17-270 | DIS-2 | 4 |
| 12-21-30 | DIS-2 | 4 |
| 13-7-232 | USSC-4 | 15 |
| 13A-8-100 to 13A-8-103 | EVI-1, USSC-2 | 6, 13 |
| 13A-12-190 to 13A-12-198 | EVI-2, USSC-2 | 7, 13 |
| 13A-12-200.1 to 13A-12-200.10 | USSC-4 | 15 |
| 13A-12-192(b) | USSC-4 | 15 |
| 13A-12-193 | DIS-2 | 4 |
| 26-14-8(b)(4) | DIS-3, EVI-1 | 5, 6 |

---

ALABAMA RULES OF COURT

| | SECT PAGE(S) | PAGE(S) |
|---|---|---|
| ARCrP 12.8(f)(1) | IND-1 | 10 |
| ARCrP 12.8 | IND-1 | 10 |
| ARCrP 16 | DIS-1, EVI-1 | 3, 6 |
| ARCrP 16.1 | DIS-2 | 4 |
| ARCrP 16.3 | DIS-1 | 3 |
| ARCrP 16.4 | DIS-2 | 4 |
| ARCrP 16.5 | DIS-2 | 4 |
| ARCrP 17 | DIS-2 | 4 |
| ARPC 1.16(d) | Cover | Cover |

| ALABAMA RULES OF COURT (cont.) | SECT PAGE(S) | PAGE(S) |
|---|---|---|
| ARPC 3.7 | Cover | Cover |
| SAMPLE FORM 11 ARCrP | IND-1 | 10 |

CONSTITUTIONAL LAW/ STATUES / UNITED STATES CODE

| | SECT PAGE(S) | PAGE(S) |
|---|---|---|
| ACTS 1978, 592 p. 705 § 3 | USSC-4 | 15 |
| ACTS 1984, 84-285 | USSC-2 | 13 |
| ACTS 1980, 84-285 p. 492 § 3 | USSC-4 | 15 |
| ACTS 1989, 89-402 | USSC-2 | 13 |
| ALABAMA COMPUTER CRIME ACT | USSC-2 | 13 |
| CRIMINAL LAW 29 (US) | USSC-4 | 15 |
| OBSCENITY 5.2 | USSC-3 | 14 |
| SUNSHINE ACT - 1st Amendment | DIS-1 | 3 |
| 1st (FIRST AMENDMENT) | DIS-1, EVI-2/3, USSC-4 | 3, 7, 8, 15 |
| 14th (FOURTEENTH AMENDMENT) | DIS-3, SEN-1, USSC-1 | 5, 11, 12 |
| 4th (FOURTH AMENDMENT) | USSC-1 | 12 |
| 5 USCA 552 FOIA | | 1, 2 |
| 5 USCA 552d PRIVACY ACT | | 2 |
| 18 USCA 545 | USSC-4 | 15 |
| 18 USCA 2252(a)(1) | USSC-4 | 15 |
| 18 USCA 2253 | USSC-4 | 15 |
| 18 USCA 2256(B) and (D) | USSC-4 | 15 |
| 75 ALR 5th 295 | IND-1 | 10 |
| 82 ALR 775 § 8 | USSC-1 | 12 |

SUPREMACY CLAUSE-- The clause of Art. VI of the U.S. Constitution which declares that all laws made in pursuance of the Constitution and all treaties made under the authority of the United States <u>shall</u> be the "supreme law of the land" and <u>shall</u> enjoy legal superiority over any conflicting provision of a State constitution of law.

PRE-EMPTION -- As such, a state may not pass a law inconsistent with the federal law. Constitutional law is just an example.

# IN THE CIRCUIT COURT OF CHILTON COUNTY, ALABAMA

STATE OF ALABAMA,                    *

     PLAINTIFF,                    *

VS.                                  *    CASE # CC-01-244 AND
                                          CV-01-214

ROBERT REX EDWARDS,                  *

     DEFENDANT.                    *

MOTION FOR "EXCULPATORY" DISCOVERY

     THIS IS TO DO AS BY LAW AS MY RIGHTS TO HAVE ALL EVIDENCE FOR AND AGAINST ME TO EXAMINE. BY LAW I SHOULD NOT HAVE HAD TO ISSUE THIS REQUEST AS IT IS THE RESPONCIBILITY OF THE DISTRICT ATTORNEY OFFICE TO HAVE MADE AVAILABLE TO ME AS STATED BY LAW.

  THIS WAS VIOLATED BY MASENGAIL BY REFUSING ME TO COPY FILES INCLUDING PHOTOGRAPHIC EVIDENCE TO BE SUMMITTED TO EXPERTS --- VIOALATION OF JUDICAL RULES AND PROCEDURES CRIMINAL RULE 16.1 THIS IS AN UPDATE OF 20020115. GRANTED BY REYONLDS ON 20020322.

5/20/2002                            _Robert R Edwards_
                                     ROBERT REX EDWARDS
                                     SSN 420 86 5715
                                     PO BOX 806
                                     CLANTON, AL  35046-0806

20020115

# IN THE CIRCUIT COURT OF CHILTON COUNTY, ALABAMA

STATE OF ALABAMA,                              *

    PLAINTIFF,

VS.                                            CASE # CC-01-244 AND
                                               CV-01-214

ROBERT REX EDWARDS

    DEFENDANT.                                 *

*[Round stamp: JAN 2002 FILED IN OFFICE OF CT. CLERK CHILTON CO.]*

## MOTION FOR SUBPOENA

THIS IS A SUBPOENA REQUEST FOR MY FILES FROM WILLIAM P. BOGGS FORMER ATTORNEY OF MY CASE. HIS LACK OF REPRESENTATION DURING MY CASE AT COURT SHOWS THAT HE HAS NO REGARD FOR THE ATTORNEY / CLIENT RELATIONSHIP PUT FORE BY LAW AND HAS NO RIGHTS TO MY FILES. FILE INCLUDES LETTERS FROM NEIGHBORS ABOUT THE CASE. DAVID KROMER BROTHER OF THE WOMAN WHO ACCUSED ME OF BEING ROBERT SCOTT EDWARD. NOW THAT THEY HAVE MOVED I DO NOT KNOW HOW TO CONTACT THEM TO REPLACE THE LETTERS. I HAVE REPLACED MOST OF THE LIBRARY RESEARCH. IF I KNEW HE WAS NOT A REAL BELEIVER IN LAW. HE COULD NOT EVEN LOCATE THE ALABAMA COMPUTER ACT 13A-8-10, 100 - 103. BEING NOT ABLE TO AFFORD TO PAY MR. BOGGS SHOULD NOT GIVE HIM A REASON TO HOLD MY FILES AS HOSTAGE.

    MR BOGGS FILED MOTION TO DISMISS AS MY LAWYER FOR NON COOPERATION. I WILL NOT PLEA GUILTY AND WANT A JURY TRAIL.

*[Signature: Robert R Edwards]*

ROBERT REX EDWARDS
SSN 420 86 5715
PO BOX 806
CLANTON, AL 35046-0806

cc AG./STATE.AL.US
cc AG./USDOJ.GOV/US

*[Handwritten: Not ruled on critical part of case ROE, Rule 1001]*

# IN THE CIRCUIT COURT OF CHILTON COUNTY, ALABAMA

STATE OF ALABAMA,                              *

    PLAINTIFF,                              *

VS.

                          CASE # CC-2001-000244 AND
                            CV-2001-000214

ROBERT REX EDWARDS,

    DEFENDANT.

MOTION FOR REMOVAL OF JUDGE SIBLEY REYNOLDS

AS REQUIRED BY LAW THIS MOTION IS TO CONDUCTED BY A JUDGE THAT IS ABOVE JUDGE IN QUESTION.

      PROVISION OF CRIMINAL RULES - RULE 33.5
         AS FILED ON MARCH 25, 2002
JUDICIAL INQUIRY COMMITTEE INFORMED OF CONDUCT OF JUDGE REYNOLDS UNDER VIOLATION OF FREE SPEECH AS NOTED BY ALABAMA SUPREME COURT 1993 TAPING ALLOWED TO INSURE FAIR TRIAL OPEN COURT RULING IN EFFECT AND NUMEROUS OTHER FACTS NOTED WITH COPIES OF ALL RECORDS AND NOTED LACK OF RECORDS THAT I HAVE NOT RECEIVED BUT WAS ON SUMMARY AS "COPY OF CAS TO ALL PARTIES." NOTE: SENT TO ADDRESS 134 COURT STREET PRATTVILLE NOT CHANGED AS ORDERED BY ATTORNEY GENERAL'S OFFICE TO CORRECT ADDRESS.
      NOT POSSIBLE TO GET FAIR TRIAL AS DEFINED IN ALABAMA CODES, US CODES OR FEDERAL CODES BY JUDGE IN QUESTION BIAS AND LACKING KNOWLEDGE OF LAW REASON FOR HIS DISMISSAL.
      AS REQUIRED JUDGE BUSH THE SUPERIOR TO JUDGE REYNOLDS NOTIFIED BY CERTIFIED MAIL AS REQUIRED BY LAW. NOTICE OF JUDICIAL INQUIRY FILED.
      ALL MAILINGS FROM COURT ARE REQUIRED TO BE CERTIFIED.
      VIOLATION BY DHR TO CODE OF ALABAMA 1975 26-14-7.1  DENIED RULING BY JUDGE STATEMENT BY JUDGE TO DA ALLEGED PERPETRATOR ARE NOT ALLOWED AT HEARING AND THE DA AGREED PROVES THAT THEY DO NOT EVEN KNOW THEIR OWN LAWS. STATEMENTS THAT WOULD HAVE BEEN ON THE TAPE RECORDER. BUT I WAS FORCED TO TURN OFF RECORDER OR GO TO JAIL ON CONTEMPT CHARGES. BY NOT ALLOWING

TAPING OF SESSION IT IS THEIR WORD AGAINST MINE WHICH AS NOTED BY US SUPREME COURT CONSTITUTES  THAT IS WHY I FILED JUDICIAL INQUIRY.

VIOLATION US CODE TITLE 18 PART II CHAPTER 206 SECTION 3006A.

ROBERT REX EDWARDS
SSN 420 86 5715
PO BOX 806
CLANTON, AL  35046-0806

cc JUDICIAL INQUIRY COMMITTEE
cc CHILTON COUNTY CLERKS OFFICE
cc ASKDOJ@USDOJ.GOV

3/31/02



AFFIDAVIT FOR SEARCH WARRANT

STATE OF ALABAMA
COUNTY OF CHILTON

Before me, Sibley Reynolds, Circuit Judge, Chilton County, Alabama, the undersigned duly sworn, appears and states:

I am Ed Prady, Chief of Police for the Town of Thorsby, Chilton County, Alabama, and have been in law enforcement for the past 30 years.

Affiant further states that he has reason to believe, probable cause to believe and does believe that evidence relating to the crimes of sexual abuse I, to wit: video tapes, magazines, photographs, records of sexual encounters and pornography, will be located within the residence of Robert Rex Edwards, 10116 Collins Chapel Road, Lot 16, Thorsby, Chilton County, Alabama. Furthermore, based on my experience investigating child abuse and sex abuse cases, suspects keep pornography on computer discs, hard drives, magnetic or electronic media information, zip drives, CD reader/writers, external hard drives, installation discs (3.5 floppy or CD roms) of their computers and suspects frequently correspond and communicate on the computer. Also they use information on their computer programming, such as magazines and manuals and recovery discs to install or recover pornography that they have installed.

Directions to 10116 Collins Chapel Road, Lot 16 Thorsby, Chilton County, Alabama are as follows:  North on US 31 7.8 miles to Jones Street, Thorsby, then East on Jones Street 1.1 miles to Cross Creek Trailer Park (10116 Collins Chapel Road).  Go .1 mile into the Trailer Park to lot 16.  Single wide grey mobile home.

The Facts tending to establish the foregoing grounds for the issuance of a search warrant are as follows:

I have this date obtained arrest warrants for Robert Rex Edwards for sexual abuse against Steven Kidd and Joshua Bryant.   The alleged acts occurred at the above address.  Both children state that while they were there at the time they were abused, that Edwards showed them pornographic images on his computer.  Also one child was shown  pornographic magazines entitled "Big Floppy" and "Happy Christmas"

Based on the foregoing I have probable cause to believe and do believe that evidence of the crimes described in the preceding paragraphs will be located in the residence of Robert Rex Edwards and make this application for a search warrant in order to secure this evidence before it can be altered or destroyed.

_____
Ed Prady
Chief of Police, Thorsby, Chilton County, Alabama

Sworn to and subscribed before me this the 18th day of May, 2001.

_____
Judge

00241

BUREAU OF INVESTIGATION

| 1. NAME ( Last, First, Middle ) | | | | | | 2. FILE NUMBER | |
|---|---|---|---|---|---|---|---|
| Witne Tano_s | | | | | | | |
| 3. ALIAS(ES) / NICKNAME(S) | | 4. DATE | S I I S M (W) F | TIME | 5. PLACE OF INTERVIEW | | |
| | | 5-30-01 | | 1450 | 1567 Co Rd 41 | | |
| 6. HOME ADDRESS | | | | | 7. HOME PHONE | | |
| 1567 Co Rd 41  Clinton | | | | | 270-6551 | | |
| 8. NAME & ADDRESS OF EMPLOYER | | | | | 9. BUSINESS PHONE | | |
| | | | | | | | |
| 10. RACE | 11. SEX | 12. D.O.B. | 13. P.O.B. | 14. SOC | | 15. DLN | 16. STATE |
| 17. HGT | 18. WGT | 19. HAIR | 20. EYES | 21. SCARS, MARKS, TATTOOS, AMPUTATIONS | | | |
| 22. VEH. YEAR | 23. MAKE | 24. MODEL | 25. COLOR | 26. VIN | | 27. LICENSE | 28. STATE |

29. STATEMENT

ON APRIAL 5 2001 ROBERT EDWARD'S ASK ME IF I WOULD
LIKE TO LOOK AT SOME COMPUTED DISIL AND I SAID YES.
WHEN VEIWING THE DISK I SEEN CHILD PODONGRAPHY AND DID
NOT LOOK AT THE OTHER DISK. HE ALSO SAID HE KNEW
ABOUT HOW MANY KID'S ~~IN ALL~~ THERE AES. HE ALSO KNEW
        ARE THERE TRAILOR PARK
WHEN THE PARENT'S WOULD BE HOME.

Donald Elliott

**STATES EXHIBIT**

2

| 30. CRIMINAL CHECK YES ☐ NO ☐ | 31. FINGERPRINTED  YES ☐ NO ☐ BY WHAT AGENCY: PHOTOGRAPHED  YES ☐ NO ☐ BY WHAT AGENCY: | | |
|---|---|---|---|
| 32. SUBJECT ☐  VICTIM ☐  WITNESS ☑ RIGHTS GIVEN BY: | 33. DATE ENDED | TIME ENDED     AM          PM | 34. INTERVIEW CONDUCTED BY: |
| | | 35. PAGE / OF / | 36. EXHIBIT NO. |



# The Clanton Advertiser



### Sexual deviant faces four centuries

*By Tim Reeves*

A Clanton man could be sentenced to more than 400 years in prison following his conviction on 33 counts of various sexual crimes.

Robert Rex Edwards sits in the Chilton County Jail, convicted of two counts of sexual abuse, 30 counts of possession of child pornography and one count of production and distribution of child pornography.

District Attorney Randall Houston summed up Edward's character in a few words.

"He is just a pervert," Houston said. "Plain and simple."

Edwards, who fired his attorney shortly before last week's trial and defended himself, was convicted on all counts last Friday.

Circuit Court Judge Sibley Reynolds will preside over the sentencing of Edwards during a July 29 trial.

"I believe Judge Reynolds may break a record with this one," Houston said Tuesday. "His record for a sentence was over 310 years, this one may very well break that one."

Edwards is eligible for a sentence of up to 419 years.

While working as a Clanton-area pizza delivery man, Edwards passed along a compact disc to a fellow employee. The disc contained a number of photos of child pornography. The co-worker, upon seeing the photos, contacted the Chilton County Sheriff's Department.

Later, he was arrested for sexually abusing two young boys who lived near his Clanton home, a crime Edwards found nothing wrong with according to Houston.

"He all but admitted that in court," Houston said. "He said he was teaching them - helping them. He didn' t find anything wrong with it."

Following the sexual abuse charges, law enforcement officials acquired a search warrant for Edwards' home, where they found countless evidence of child pornography.

The cybercrimes unit from Prattville assisted in the case, examining Edwards' computer,

again finding pornographic materials involving children.

"This is just a disgusting situation. You can just look at him and know you don't want him around your children," Houston said. "Child pornography folks are not right. Their switches just don't work right."

**Floating downtown: The 2002 Miss Peach Queen, Lindsey Samples, and her court, take part in the annual Peach Festival parade last weekend. The queen and her court were just one of dozens of floats and entries to take part in the annual event. The court was joined by each of the other three queens and their courts, including Little Miss Peach, Young Miss Peach and Junior Miss Peach. (By Jason Green)**

**Power flickers during storms**

Severe storms rolled through Chilton County Tuesday afternoon, causing some brief electrical outages.

**Sexual deviant faces four centuries**

A Clanton man could be sentenced to more than 400 years in prison following his conviction on 33 counts of various sexual crimes.

**C-USA's Slive named new SEC boss**

BIRMINGHAM, Ala. - Michael L. Slive, Commissioner of Conference USA, was named the seventh commissioner of the Southeastern Conference today, according to Dr. John A. White, Chancellor of the University of Arkansas and President of the SEC. Slive succeeds Roy F. Kramer, who announced his retirement on March 12, 2002.

**Alabama remembers past heroes**

The Fourth of July was Mike Spann's favorite holiday, remembered his widow, Shannon Spann. It was July 2, centuries ago, that this nation's founding fathers actually passed a resolution for independence, that's why Tuesday was so much more special.

**Council split on park development**

JEMISON - While the Jemison City Council may have committed to loan the Jemison Industrial Board $15,000 during a recent meeting, the entire board is not behind the idea of developing the 100-acre industrial park.

**Thorsby sees soggy show**

THORSBY - Weather conditions for Friday's Thorsby Horse Show were strikingly similar to a Garth Brook's song.

**Safety first: Mim's Marine owner Boonie Mims, above, along with Johnny Gentry of Gene's Marine each indicated Tuesday simple things, such as common courtesy,**

## CERTIFICATE OF SERVICE

I, Robert Rex Edwards # 225984 SS# 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 am the Petitioner to this Honorable

Court with this petition for relief on the grounds so set forth within. I, hereby, certify that

I have placed copies of this Petition to the following addresses. Additional copies have

also been produced and send for review by a third party to seek charges against those that

have so violated the petitioner's Constitutional Rights guaranteed to each citizen of the

United States and its visitors and cannot be infringed on by any state or law.

Respectfully placed in the institutional mail-box this the _1st_ day of

_October_ , 2007.

Cc: FILE

UNITED STATES DISTRICT COURT

For the Middle District of Alabama

PO BOX 711

Montgomery, AL 36101-0711


Attorney General's Office

State of Alabama

11 SO Union ST – STE 310

Montgomery, AL 36130-0152

Robert Rex EDWARDS

225984; Alpha 3-32 .

Rt. 2 BOX 176, HWY 80

Uniontown, Al 36786-9334

Robert Rece Edwards,
225984, ALPHA 3-32
RT 2 Box 176, Hwy 80
Uniontown, AL 36786-9334

Legal
Mail

§2254

2:06cv177

DEBRA HACKETT, Clerk of Cou
United States District Cou
For the Middle District
ALABAMA-NORTHERN DIV
PO Box 711
Montgomery, AL
36101-0711

USA 41    USA 41    USA 41    USA 41

USA 41    USA 41    US