IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT REX EDWARDS, #225984,  ) | |
| ) | |
| Petitioner,  ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 2:06-CV-177-WKW |
| ) | |
| BILLY MITCHEM, et al.,  ) | |
| ) | |
| Respondents.  ) | |

**ORDER ON MOTION**

Upon consideration of the motion to amend filed by the petitioner on October 2, 2007 (Court Doc. No. 35), and for good cause, it is

ORDERED that the motion for leave to amend be and is hereby GRANTED. It is further

ORDERED that on or before November 5, 2007 the respondents shall file a supplemental answer which addresses the claims for habeas relief presented by Edwards in his amendment to the petition.

Done this 3rd day of October, 2007.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL
UNITED STATES MAGISTRATE JUDGE