Re CHANGE OF ADDRESS
2:06-CV-177-WKW
CC-01-244

225984; B1-136B
PO Box 56
ELMORE, AL
36025-0056
NOVEMBER 19th, 2007

2007 NOV 21 A 9: 46

Debra P. Hackett, Clerk
USDC MD AL
PO Box 711
Montgomery, AL 36101-0711

All Mail from and to Perry County for ALDOC inmates will be "Returned to Sender." Federal violations.

YOUR HONOR:

This is Robert Rex EDWARDS.

I was transferred to Staton CF on November 14th, 2007.

The Law Library here is closed due to using it as a party hangout, a job board, a staff meeting, religious services and etc.

From what I have been told no inmate other than the Law clerks can use the research computers and that breaches the Lexis-Nexis Contract to provide all inmates reasonable access to newly decided case law. I do not pay or do favors for any inmates and this especially includes Law Library clerks.

I wrote my family to send the 5 USCS 552a to Washington, DC. I am tired of this.

I cannot work on my case here and everything on my disk is now a waste of valuable time spent to include the Retroactive use of ACT 2006-198 based on the US Supreme Courts Bailey decision on the similiar type of retroactive case law. Fact is ACT 2006-198 was based on the Bailey case to start with.

Since only Law Clerks can use the Research computers another problem comes to mind. The extortions and black-mails done by law library clerks or their friends to inmates with very sensitive cases such as sex offenders and some type of arson and murder cases.

The idea of the Lexis-Nexis Research computers, (Actually orginally West Group) was to help those who had sensitive cases to be able to help themselves.

By having Law Clerks hold a business in the law library also violate AR 414. Behavior Citations.

I will not be at this camp to long because I will not put up with this bull anymore.

The ADOC is creating "Actual Injury" that can be prevented.

For Justice Sake,

[signature]

Robert Rex Edwards  
225484; B1-136 B  
PO Box 56  
Elmore, AL 36025-0056

2:06-CV-177-WKW  
CC-01-244  
CHANGE OF ADDRESS

Legal Mail

Debra P. Hackett, Clerk  
United States District Court  
For the Middle District of Alabama  
PO Box 711  
Montgomery, AL  
36101-0711



MONTGOMERY AL 351  
20 NOV 2007 PM 3 T

36101+0711