IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT REX EDWARDS, #225984, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-177-WKW |
| ) | |
| BILLY MITCHEM, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on November 21, 2007 (Court Doc. No. 39), which the court construes to contain a motion for extension of time, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the petitioner be GRANTED an extension from November 26, 2007 to and including December 12, 2007 to file a response to the answers of the respondents in compliance with the directives of the order entered on November 6, 2007.

Done this 28th day of November, 2007.

       /s/ Wallace Capel, Jr.
       WALLACE CAPEL
       UNITED STATES MAGISTRATE JUDGE