IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Robert Rex EDWARDS,
225984    petitioner,
v.
Billy MITCHELL, et. al.,
        respondent.

§ 2254 case number
2:06-CV-177-WKW

2007 NOV 28 A 9:36

<u>Notice</u> to Court: Cannot comply with Order to Respond due to State Created Impediments violating Entitlements of "Meaning Access to the Courts."

Now Comes, the petitioner, to this Honorable Court with this Writ.

   Although the petitioner can show relations to the allegations presented to the court he will not be able to comply with the response. The entire record of his case proves his allegations and was being prepared to do so when he was once again uprooted and sent to his 12th camp in 5½ years. And this was done only days after getting a Law Library established not only for ALDOC inmates, but for all detained at the

Perry County Correctional Center.

But then again that is now a MOOTed subject. But then again, is it?

The same problems still go on daily in the ALDOC camps with inmates controlling or trying to control other inmates either by extortion or other tactics they use to intimidate others with and what do the courts do about this? They send out useless § 1983 forms and the inmate gets moved to MOOT his case. 12 camps in 5½ years.

Maybe, the petitioner should give in and let the extortist be paid to do his law work on the computers, that was ment for all inmates to use not just a few selected predators.

Then again, the petitioner now knows of 3 inmates with a personal laptop computer in their personal property. No, the petitioner will not give in to extortion, but then again the courts have.

Recently, the petitioner filed a "Writ of Prohibition" with the Criminal Court of Appeals. The petitioner informed the court he had no more stamps or copies to send to the Respondents. The Court then ordered to serve additional Respondents or the Writ would be dismissed. At this time the petitioner

2

had no access to the RULES of COURT.

But then the petitioner got sent to the ALDOC at Staton CF. (CR-2007-213)

In which the petitioner found out that the Court erred in dismissing the Writ.

One respondent the petitioner wanted to serve was with an advisory copy to this Honorable Court.

But then again just one more futile attempt to exhaust state remedies.

The options the court had was numerous. In fact it covered several sections of Rules of Court that quoted Federal Rules of Court as being derieved from and used by the Court and quoting case Laws as proof. So why was an indigent pro-se Litigant ordered to serve additional copies to governmental agencies? For which they serve, free of charge. Rule 30 (D) & (E), Alabama Rules of Judicial Administration, ARJA.

Why could the court not judge the named defendants or claims? Rules 4(f) & 54(b), Alabama Rules of Civil Procedures, ARCvP.

There are many more, but the point is now accross. Each time in Court. Each time violated. And this Court is no different. Already proven by related case Laws showing a different result and reasoning.

3

The petitioner now closes this Writ with this one last point.

The relativist Courts of Alabama do extend to the Federal Courts who also have sworn to uphold the US Constitution, but has failed.

So look for one day a Writ showing one thing "Disqualification from Public Office." US Const. Amend. XIV § 3.

Done so this the 26th day of November, 2007

*[signature]*
225984; B1-136B
PO Box 56
ELMORE, AL 36025-0056

### Certificate of Service

I hereby, place a copy of the Writ to the Clerk of the Court and the AAG Jean-Paul M. Chappell this the 26th day of November, 2007

*[signature]*
PRO-SE

4

Robert Rex EDWARDS
225984; B1-136B
PO Box 56
ELMORE, AL 36025-0056



MONTGOMERY AL 361

27 NOV 2007 PM 2 L

§ 2254
2:06-CV-177-WKW

Debra P. Hackett, Clerk of Court
IN THE US DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
PO Box 711
Montgomery, AL
36101-0711

Legal Mail

36101+0711