IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Robert Rex EDWARDS,
225984        petitioner,

vs                                              2:06-CV-177-WKW

Billy Mitchell, et, al.,
            Respondants

NOTICE to THE COURT.
1) Legal Materials distroyed, Unable to relate.
2) CHANGE of Address.

Now Comes, the petitioner to this Honorable Court with this NOTICE TO THE COURT.

On December 14th, 2007 the petitioner was transferred again. His 13th in 5½ years.

Opon arrival at Easterling CF the petitioner's property was gone through and most of it distroyed to include over 75% of his Legal Materials concerning his case. The ALDOC officers' claim that he could only have some of my Legal work because he had to much and it was a fire hazard.

As the petitioner was trying to go through the Legal materials more officers came over and started going through all my papers and

piling it on top of the table in front of me and yelling at me to either choose what you want or we will do it for you.

One officer said Let's just put him in Lock up. It looks like most of this shit was taken from the law library or that it is not current anyways. The stuff they claim came from a law library was case law sent to the petitioner either by the US Supreme Court, ACLU, SCHR.org or other organizations. The petitioner swears that he has never stolen anything from any law library or anywhere else.

Since the petitioner no longer has his case law he can not "relate back" like the State wants him to do. However, the petitioner wants to know why the state wants to use case laws that have to do with joining of defendants to relate back a common scheme.

The petitioner can no longer help himself with any more pleadings in this case since he does not have any of his legal materials to prove when he put it in court.

The warden at Staton CF has the petitioner's 3½ disks 3 of them. And now Easterling CF has destroyed his law work on his case.

Thus, this court has allowed the state to distroy an innocent man's Life, Liberty, and property and done so in violation of federal, soute and Constitutional Laws that were suppose to protect from such due process violations.

What kind of Lawful and Honorable Court would allow this "ACTUAL INJURY" to a petitioner's rights of Access to the Courts?

I would have been better off dead then to have such a disgraceful act done to what the petitioner believes in. What kind of Constitutional Court of Law is this to allow this disgrace to occur?

The petitioner is to upset to even word this stupid pleading correctly.

The Court has failed it duties to protect all parties' interests in this case.

Done this the 15th day of December, 2007.

[signature]

225984; 02-19A
200 WALLACE DRIVE
CLIO, AL 36017-2615

Certificate of Service

I hereby served this Notice by mail by placing same in the Mail box postage paid.
12-16-07

[signature]

Dear Ms. Hackett:

I guess this will be my last letter to you. No need to continue since all of my law work was distroyed by the Basturds here.

5 officers throwing my law work at me with one of them even reading some of it.

One said I stole the books I got from Ms Lynda Flynt at the sentencing Commission. They tried to distroy my Cite book and my address book too. I had the envelopes they came in.

13 camps in 5½ years.

6 camps since I started this case at Limestone where I asked for the TRO/PI to prevent what has now happen to me. By not having my paperwork to quote what I have put in court I am good as dead not only in court but also in being in prison. I no longer have a reason to live because I will never be a slave for the state and they will have to KILL ME to make me do what these ZOMBIES in here do.

Long time ago I proved Actual Injury to my legal claims and the court sent me § 1983 forms and when I sent them to the Business office I was shipped to MOOT the case and this court allow this to violate Constitutional law.

Why should I be a passive inmate when everyone continues to run over me. NO ONE WILL HELP! I will not be a slave! I will not be a fuck boy! Now I will physically fight. Fighting with a pen is only death.

If the court had granted the TRO/PI a long time ago I would not be here.

Well, guess what I was told here. If I help anyone with their case or even tell them what they are doing wrong with the case or even challenge a disciplinary that I would be locked up for a long time without access to the free world even the court.

How funny it is that Alabama violates the laws they claim to protect and what does the courts do. NOT a dam thing about it.

If I file anything against the DOC or this camp either in state or federal court I will never get a piece of mail or use the phone to talk to my every again. This camp does just that and gets away with it.

Fact is if they knew that I wrote about what they did to my legal work they probably would not let this mail go out to you or Mr Chappell at the Attorney General's Office. I also wrote my sister and now I have No stamps to write anyone else.

Soon maybe another death in prison will come and listed as accidental not what it was actually, MURDER. But I no longer care about who I piss off.

For Justice sake, Robert Redman

Chris Carpenter Muhammad # 204950
1826 Bexar Ave East
Hamilton, Ala 35570



BIRMINGHAM AL 352
17 DEC 2007 PM 3 L

USA 41

Office of the Clerk
U.S District Court
P.O. Box 711
Montgomery, Ala 36107-0711