IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT REX EDWARDS, )<br>#225984, )<br>  )<br>PETITIONER, )<br>  )<br>VS. )<br>  )<br>  )<br>BILLY MITCHEM, et al., )<br>  )<br>RESPONDENTS. ) | CIVIL ACTION NO.<br>2:06-CV-177-WKW |

**CONFLICT DISCLOSURE STATEMENT**

Come now Troy King, Billy Mitchem, and Bob Riley, Respondents in the above-named cause, and pursuant to this Court's notice issued on February 26, 2008, make the following disclosure regarding potential conflicts of interest:

1. Neither Troy King, Billy Mitchem, or Bob Riley have any known affiliations that would create a "professional or financial conflict" for Magistrate Judge Wallace Capel, Jr. or District Court Judge W. Keith Watkins, the judges assigned to this case.

2. Edwards, since the filing of his habeas petition, has been transferred from the Limestone Correctional Facility to Easterling Correctional Facility. The

warden at Easterling Correctional Facility, Louis Boyd, also has no known affiliations that would create a conflict for Judges Capel or Watkins.

        Respectfully submitted,

        Troy King (KIN047)
        *Attorney General*
        By:

        /s/Jean-Paul M. Chappell
        Jean-Paul M. Chappell
        *Assistant Attorney General*
        #CHA073

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Robert Rex Edwards, AIS# 225984, Easterling Correctional Facility,  200 Wallace Drive, Clio, Alabama   36017-2615.

        Respectfully submitted,

        /s/Jean-Paul M. Chappell (CHA073)
        Jean-Paul M. Chappell (CHA073)
        Office of the Attorney General
        Alabama State House
        11 South Union
        Montgomery, AL 36130-0152
        Telephone: (334) 242-7300
        Fax: (334) 242-2848
        E-Mail: jchappell@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

391225/92252-001